UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Elsevier Inc., et al

                   Plaintiff,        Case No. 15-cv-04282

    -against-

Sci-Hub, et al

                   Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Urvashi Sen**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 2602    My State Bar Number is 4358214

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Dewey & LeBoeuf LLP
              FIRM ADDRESS: 1301 Avenue of the Americas
              FIRM TELEPHONE NUMBER: 212-259-7133
              FIRM FAX NUMBER: 212-259-6333

NEW FIRM:    FIRM NAME: DeVore & DeMarco LLP
              FIRM ADDRESS: 99 Park Avenue, Suite 1100
             FIRM TELEPHONE NUMBER: 212-922-9499
             FIRM FAX NUMBER: 212-922-1799

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 06/04/2015

                                                        ATTORNEY'S SIGNATURE