**EXHIBIT A – Fundacion Private Whois Terms**

## FUNDACION PRIVATE WHOIS TERMS AND CONDITIONS

**FUNDACION PRIVATE WHOIS** is a not for profit Panamanian foundation.

In order to protect your privacy and to reduce spam, you might freely elect to transfer your domain/s to Fundacion Private Whois provided that your Domain Registrar has setup a technical link with us and the corresponding Registry allows for privacy protection.

- Fundacion Private Whois will become the sole Registered Name Holder of the domain name(s)
- Fundacion Private Whois will grant you or a person or entity designated by you an exclusive and unrestricted license to use the domain name as you, or a person or entity designated by you, see fit as long as you do so in respect of all applicable laws and commonly accepted moral standards.
- Fundacion Private Whois will immediately and unconditionally accept to transfer the domain name to any person or entity of your choice whenever required directly from the Registrar control panel.
- Fundacion Private Whois will allow you to update the domain name technical details such as nameservers, email forwarding, ulr forwarding , EPP Auth. Code, domain locking/unlocking, dns management, etc. directly from the Registrar control panel
- Fundacion Private Whois accepts that you are the only person or entity empowered to make changes to the domain name, to change the beneficiary of the license to use the domain name and/or to take any other disposition as provided for under this agreement and as seen fit by you.
- Fundacion Private Whois will see you as a donor and to a certain extent a beneficiary of a portion of the foundation and will never disclose your personal details unless we receive a final judgment from a competent court of the Republic of Panama instructing us to do so.
- Fundacion Private Whois will not respond to any legal action against the domain and you will have to promptly and directly handle domain disputes if you wish to or give us instructions to do so.
- Fundacion Private Whois is immediately and without any filtering or human intervention forwarding all emails sent to the listed public Whois contact to your chosen email addresse(s), as such you understand and accept that Fundacion Private Whois cannot be held responsible if you decide not to answer to email(s) received or if you omit to monitor the email inbox and/or spam box.
- Fundacion Private Whois will simply discard or reject all physical mail we may receive on your behalf. If you do not agree and/or if you wish to receive physical mail, DO NOT transfer your domain name to Fundacion Private Whois.

Foreign TLDs. For some TLD such as .eu, .fr and .uk the corresponding Registry forbids Domain Privacy (Private Whois) provided by a third party, however the corresponding Registry offers equivalent services and/or similar privacy services you can configure either from the Registrar's interface and/or from the Registry's interface. It is your responsibility to refer to each Registry's policy before you subscribe to our service(s) to make sure they match your needs and expectations and that you comply with the policies.

Fundacion Private Whois may unilaterally decide to return the domain back to you or another person or entity designated by you with a notice of 48 hours.

Fundacion Private WHOIS may, by simple notice and unilaterally decide to transfer all its assets to another entity providing the same service under exactly the same conditions.

Contact us:
Fundacion Private Whois
Aptds. 0850-00056
Zona 15, Panamà
Republica de Panama
Email: info@privatewhois.net
Phone: +507.65967959