**EXHIBIT B – Whois Privacy Corp. Homepage**

