**EXHIBIT A – SCIENCEDIRECT HOMEPAGE**