# Exhibit B - ScienceDirect Access: Proxy Method

