# Exhibit C – ScienceDirect Access Using Authentication Token

