**EXHIBIT D – LIBGEN.ORG HOMEPAGE**

| RU | FORUM ▼ | DOWNLOAD ▼ | UPLOAD ▼ | LAST ▼ | OTHERS ▼ | TOPICS ▼ | DONATE ▼ |

# Library Genesis<sup>1M</sup>

Distribution of LG scientific articles via torrents
Added upload form for fiction (log:pass look at the forum)

[                                    ] [Search!]

**Search in :**
- ● LibGen (Sci-Tech)  ○ Scientific articles  ○ Fiction
- ○ Comics  ○ Standards  ○ Magazines

LibGen Search options:
**Download type:** [Resumed dl with original filename ▼]
**View results:** ● Simple  ○ Detailed
**Search for a phrase:** ● Yes  ○ No
**Search in fields** ● The column set default  ○ Title  ○ Author(s)  ○ Series
○ Periodical  ○ Publisher  ○ Year  ○ ISBN  ○ Language  ○ MD5  ○ Extension