**EXHIBIT E – LIBGEN.ORG WHOIS INFORMATION**



