**EXHIBIT F – LIBGEN.ORG/SCIMAG**

