**EXHIBIT G - ANALYSIS OF LIBRARY GENESIS PROJECT BIBLIOGRAPHIC DATABASE**

Elsevier-Published Articles in Library Genesis Project Database
(based on database dated February 21, 2015)

| Publisher | DOI Prefix | Count |
|---|---|---|
| Elsevier - Academic Press | 10.1006 | 213,966 |
| Elsevier | 10.1016 | 11,840,887 |
| Elsevier - WB Saunders | 10.1053 | 78,872 |
| Elsevier- Churchill Livingstone | 10.1054 | 15,761 |
| Elsevier - Mosby | 10.1067 | 25,343 |
| Elsevier - Urban & Fischer Verlag | 10.1078 | 6,853 |
| Elsevier - Ediciones Doyma | 10.1157 | 7,747 |
| Elsevier- Hanley and Belfus Inc. | 10.1197 | 2,679 |
| Elsevier - Institution of Chemical Engineers | 10.1205 | 3,029 |
| Elsevier- Spektrum Akademischer Verlag | 10.1240 | 0 |
| Elsevier - Ambulatory Pediatric Associates | 10.1367 | 625 |
| Cambridge University Press (Australian Academic Press) | 10.1375 | 500 |
| Elsevier - Medicine Publishing Company | 10.1383 | 1,974 |
| Elsevier - Biophysical Society | 10.1529 | 4,284 |
| Woodhead Publishing | 10.1533 | 5,143 |
| Elsevier - Wilderness Medical Society | 10.1580 | 1,332 |
| Elsevier - American Society for Experimental Neurotherapeutics | 10.1602 | 113 |
| Elsevier - American Society for Investigative Pathology | 10.2353 | 2,699 |
| Elsevier - International Federation of Automatic Control (IFAC) | 10.3182 | 7 |
| Elsevier - CIG Media Group LP | 10.3816 | 3,022 |
| Elsevier - Colegio Nacional de Opticos-Optometristas de Espana | 10.3921 | 57 |
| Elsevier - Mayo Clinic Proceedings | 10.4065 | 4,596 |

**Total Elsevier Articles in Database** — **12,219,489**

**Elsevier-Published Books in Library Genesis Project Database** — **29,169**

**TOTAL ELSEVIER-PUBLISHED WORKS IN LIBRARY GENESIS PROJECT DATABASE** — **12,248,658**