**EXHIBIT H - LIBRARY GENESIS PROJECT ARTICLE INGESTION RATE**

| Date | Number of Elsevier-PublishedArticles Added |
|---|---:|
| 1/21/2015 | 2032 |
| 1/22/2015 | 2070 |
| 1/23/2015 | 2454 |
| 1/24/2015 | 2512 |
| 1/25/2015 | 2147 |
| 1/26/2015 | 1244 |
| 1/27/2015 | 1212 |
| 1/28/2015 | 1962 |
| 1/29/2015 | 1837 |
| 1/30/2015 | 1246 |
| 2/6/2015 | 7450 |
| 2/7/2015 | 2144 |
| 2/8/2015 | 1829 |
| 2/9/2015 | 7955 |
| 2/10/2015 | 2250 |
| 2/11/2015 | 2699 |
| 2/12/2015 | 2772 |
| 2/13/2015 | 2993 |
| 2/14/2015 | 2993 |
| 2/15/2015 | 2389 |
| 2/16/2015 | 3193 |
| 2/17/2015 | 2767 |
| 2/18/2015 | 1506 |
| 2/19/2015 | 8583 |
| 2/20/2015 | 16763 |

| | |
|---|---:|
| **Total Articles Ingested** | **87002** |
| **Average Articles Ingested Per Day** | **3480.08** |