**EXHIBIT I – RESULTS OF SEARCH FOR "XXXXXXX" ON LIBGEN.ORG**

