**EXHIBIT J – LIBRARY GENESIS PROJECT UPLOAD INSTRUCTIONS**

Flame is strictly forbidden / Соблюдайте эмоциональную тишину; здесь собираются для делания дела, эмоциональные всплески этому сообществу мешают.

## Sitemap: downloads, services, manuals, FAQ

[new topic] [locked]   Page 1 of 1   [ 2 posts ]

| Author | Message |
|---|---|
| **bookwarrior** offline | Post subject: Sitemap: downloads, services, manuals, FAQ — Posted: Fri Mar 12, 2010 3:12 am |
| Joined: Sat Jan 31, 2009 7:39 am Posts: 8429 | ⊕ **General help and questions** - if uncertain where to ask a question, post in this topic. Если не уверены, где задать вопрос, пишите в этот топик. |

### Download Mirrors / Зеркала

Note, that the mirrors not marked as **LG-project server** are private projects and are cooperating with us voluntarily. If you decide to make a donation, the assets will be received by the corresponding owners, LG receives contributions only from the LG-project servers.
**libgen.in** - 1M (**LG-project server**) upload and check uploaded books here, may go off-line sometimes. The other mirrors synchronize with this server later.
**gen.lib.rus.ec** - 1M (only search) (**LG-project server**)
**bookzz.org** - 1M, apart from the LG content, it has other documents indexed
**bookfi.org** - 700k, sourced from LG plus other collections
**libgen.info** - 1M
**www.libgen.info** - 1M - not the same as libgen.info, it's a separate machine
**libgen.net** - 1M, forward to libgen.info (or http://www.libgen.info, I don't remember)
**vnuki.org** - a young project mirroring us, it has a very flexible Web-API
**I2P network** - 1M, secure I2P network, at the moment the speeds are reasonably good: a 2-GB download in one night reported.

### How to upload a book / Включение книг в библиотеку

**Web-uploader** - online book uploader and MD5-search. Login: **genesis**, Password: **upload**. It's the fastest way to upload a book, if you wish to upload a relatively small collection, it does not require to install anything, it's a completely Web-based version. (Russian) Это наибыстрейший способ загрузить одну или несколько книг, поскольку не требует установки чего-либо - полностью Web-версия.
**Массовая загрузка (LGUploader) (OBSOLETE / УСТАРЕЛО) (Irbis)** - программа, позволяет гибко управлять процессом загрузки и оформлением библиотечных записей целых коллекций. Выявляет дубли, извлекает ISBN, получает библиографическую информацию из онлайн-источников по ISBN. Если коллекция насчитывает более десятка книг, выгоднее воспользоваться этим способом загрузки.
**Call back** - book pick-up from other sites by URLs. If you have a link to the book that you didn't find in LG, drop the link in this topic and one of us will integrate it into LG. Use this method only if you cannot upload the book yourself, e.g. when the Web-based uploader fails for some reason or the site is down or your battery is getting quickly discharged etc. It is most desirable at all times that you upload yourself, but in case you cannot, we'll help. Also, if you see someone's links posted in that topic, feel free to attempt an upload to help others.
**Upload to FTP (for large collections) (Bill_G)**, (access is anonymous) но тогда к файлам требуется индекс со столбцами как в **нашей БД**. Это наша помощь в оформлении в случаях очень крупных коллекций, когда трудно всё оформить в одиночку. Шаблон XLS таблицы для FTP upload requires an index of uploaded files so that we can handle them and carefully place in the database. Use this method, if you have many books to upload at once, because Web-based uploading can get very tedious, if you need to sequentially upload 100 books. Use the template below, fill in the fields which make perfect sense to you, leave the others blank. Critical fields are **Filesize**, **MD5**, **Extension**, **Locator** (for the filename, but not field **Filename**) and they must be completed for each record. The other fields are at your discretion guided by the **database specification**. After upload is finished, let admins know through the forum so that they know it's finished and can be processed. To log-in to FTP, don't forget to specify the remote directory;
базы данных следует заполнить, что непонятно - пропустить. Критически важные поля - это **Filesize**, **MD5**, **Extension**, **Locator** (не **Filename**) остальное заполняется по вашему усмотрению.
show

Attachment:
upload_index_template.xls

### Your local Library Genesis / Организация домашней коллекции

**LibGen - Библиотекарь (dr.Ser)** - a cataloguer with a graphical interface, allowing to work with Library Genesis repository and database. Каталогизатор с графическим интерфейсом, позволяющий работать с архивами Library Genesis.
**Android app for LG** - allows to access and read books from libgen.org.
**Libre-ry Book Search (Joshua Evans)** - Google Chrome browser extension.
**Amazon.com LG extension for Google Chrome (claudioacc)** - Google Chrome browser extension to see contextual LG-search results directly on Amazon.com bookshop Web-pages.
Локальный LibGen на базе Sphinx (ply) - локальный поиск под Windows на основе поискового движка Sphinx.
**Search Book (Igor_B)** - поиск файлов на компьютере, расчёт хешей, составление таблицы описания.
**Library Genesis JSON API (Bill_G)**
Архив каталогов библиотеки
Архив торрентов - все книги Library Genesis.
Архив ежедневного резервирования базы данных (последний дамп на dropbox.com)
Архив исходных кодов либгена