**EXHIBIT K – FREESCIENCEENGINEERING.LIBRARY.ELIBGEN.ORG**

*April 2, 2015*



*June 10, 2015*

