**EXHIBIT L – LINKS FROM LIBGEN.ORG TO MIRROR SITES**

