**EXHIBIT M – ELIBGEN.ORG WHOIS INFORMATION**

