**EXHIBIT N – LIBGEN.INFO WHOIS INFORMATION**

