**EXHIBIT O – ESTRORECOLLEGE.ORG WHOIS INFORMATION**

## Whois Record for EStoreCollege.org

### Whois & Quick Stats

| | |
|---|---|
| Email | 54a19036ejtinu...@5225b4d0pi3627q9.whoispriva<br>54a19039di7h97...@5225b4d0pi3627q9.whoispriv<br>54a19037lnp9qq...@5225b4d0pi3627q9.whoispriv |
| Registrant Org | Whois Privacy Corp. is associated with ~342,565 other domains |
| Dates | Created on 2014-12-29 - Expires on 2015-12-29 - Updated on 2015-02-28 |
| Domain Status | Registered And No Website |
| Whois History | 6 records have been archived since 2014-12-30 |
| Hosting History | 1 change on 2 unique name servers over 1 year |
| Whois Server | whois.pir.org |

### Website

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 2015-04-02 )

> ⚠ Viewing a cached Whois record
> The Whois registry responsible for this domain name did not provide a valid Whois record. The cached record shown here was current on 04/02/2015. If you refresh your browser we will attempt another lookup.

```
Domain Name:ESTRORECOLLEGE.ORG
Domain ID: D174911518-LROR
Creation Date: 2014-12-29T17:32:42Z
Updated Date: 2015-02-28T03:46:27Z
Registry Expiry Date: 2015-12-29T17:32:42Z
Sponsoring Registrar:TLD Registrar Solutions Ltd. (R2011-LROR)
Sponsoring Registrar IANA ID: 1564
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTE19reino5t29a
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant Street: ****Contact the owner by email only****
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:54a19036ejtinug6@5225b4d0pi3627q9.whoisprivacyc
orp.com
Admin ID:INTEtnl67djsa3c0
Admin Name:Domain Admin
Admin Organization:Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore
Admin Street: East Bay Street
Admin Street: ****Contact the owner by email only****
Admin City:Nassau
Admin State/Province:New Providence
Admin Postal Code:0000
Admin Country:BS
Admin Phone:+44.7546458118
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:54a19039di7h97ty@5225b4d0pi3627q9.whoisprivacycorp.c
om
```