**EXHIBIT P – BOOKFI.ORG**

