**EXHIBIT Q – BOOKFI.ORG WHOIS INFORMATION**

