**EXHIBIT R – SCI-HUB.ORG WHOIS INFORMATION**

### Whois Record for Sci-Hub.org

#### Whois & Quick Stats

| | |
|---|---|
| Email | 52...@5225b4d0pi3627q9.privatewhois.net<br>52...@5225b4d0pi3627q9.privatewhois.net<br>52...@5225b4d0pi3627q9.privatewhois.net |
| Registrant Org | Fundacion Private Whois is associated with ~35,356 other domains |
| Dates | Created on 2011-04-16 - Expires on 2016-04-16 - Updated on 2014-12-02 |
| IP Address | 31.184.194.81 is hosted on a dedicated server |
| IP Location | - Saint Petersburg City - Saint Petersburg - Petersburg Internet Network Ltd. |
| ASN | AS44050 PIN-AS Petersburg Internet Network LLC (registered Nov 09, 2007) |
| Domain Status | Registered And Active Website |
| Whois History | 227 records have been archived since 2011-09-05 |
| IP History | 16 changes on 16 unique IP addresses over 4 years |
| Hosting History | 5 changes on 6 unique name servers over 4 years |
| Whois Server | whois.pir.org |

#### Website

| | |
|---|---|
| Website Title | Sci-Hub - сервис доступа к научной литературе \| ScienceDirect, Springer, Wiley, IEEE, JSTOR - скачать \| научные журналы и статьи - бесплатно |
| Server Type | nginx/1.6.2 (Ubuntu) |
| Response Code | 200 |
| SEO Score | 85% |
| Terms | 256 (Unique: 193, Linked: 11) |
| Images | 4 (Alt tags missing: 4) |
| Links | 4  (Internal: 1, Outbound: 3) |

Whois Record ( last updated on 2015-04-07 )

```
Domain Name:SCI-HUB.ORG
Domain ID: D162049223-LROR
Creation Date: 2011-04-16T10:51:37Z
Updated Date: 2014-12-02T12:48:52Z
Registry Expiry Date: 2016-04-16T10:51:37Z
Sponsoring Registrar:Internet.bs Corp. (R1601-LROR)
Sponsoring Registrar IANA ID: 814
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTEm3b38m6nmcnu
Registrant Name:Domain Administrator
Registrant Organization:Fundacion Private Whois
Registrant Street: Attn: sci-hub.org
Registrant Street: Aptds. 0850-00056
Registrant City:Panama
Registrant State/Province:
Registrant Postal Code:Zona 15
Registrant Country:PA
Registrant Phone:+507.65967959
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:522ab14bo3mfc7dy@5225b4d0pi3627q9.privatewhois.net
Admin ID:INTEdeeks74bgx2d
Admin Name:Domain Administrator
Admin Organization:Fundacion Private Whois
Admin Street: Attn: sci-hub.org
Admin Street: Aptds. 0850-00056
Admin City:Panama
Admin State/Province:
Admin Postal Code:Zona 15
Admin Country:PA
Admin Phone:+507.65967959
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:522ab14cjn1wzvfo@5225b4d0pi3627q9.privatewhois.net
```