**EXHIBIT S – SCI-HUB.ORG HOMEPAGE**




