**EXHIBIT T – SCI-HUB.ORG KEYWORD SEARCH RESULTS**



