**EXHIBIT U – SCI-HUB.ORG REDIRECTION TO PROXIED SCIENCEDIRECT PAGE**



