**EXHIBIT V – SCIENCEDIRECT PAGE FOR "*AN EVALUATION OF REPLACING FISH MEAL WITH FERMENTED SOYBEAN MEAL IN THE DIET OF MACROBRACHIUM NIPPONENSE*" AS SEEN BY UNAUTHENTICATED USER**

