## EXHIBIT W – SCI-HUB USE OF PAYPAL TO PURCHASE UNIVERSITY CREDENTIALS



