**EXHIBIT X – SCREENSHOTS DEPICTING DEFENDANT'S EMAIL ADDRESSES**

*Support@sci-hub.org*



*Mindwrapper@gmail.com*

