**EXHIBIT Y – INFOSCREENSHOT OF INFO.FREESCIENCEENGINEERING.ORG/INDEX.HTML**

Libgen Project

Lottery     MIRRORS     NEWS (TWI)

LibGen Project  /  Frequently Asked Questions

# FAQ

**Q:** Where is the download link???

**Q:** I cannot download a book...

**Q:** ~~Are you still sure book ID is not between 600.000 and 830.000?~~

**Q:** What information should I provide in my message to you?

**Q:** What information will also be useful?

**Q:** I need _____ book. It's not available for download but I know it should be online...

**Q:** Need some books?

**Q:** Veeery sloooow?

**Q:** All that - for free?

**Q:** Copyright owners or agents on their deputy?

**t** Some books may be an object of copyright owners interest. If you are able to provide us legal information and prove documentary there is a page breaking copyright laws contact us urgently by TWITTER or EMAIL. You MUST provide both all the details and your rights to represent author(s) or copyright owner(s) interest.

**BEYOND FAQ**

Please use TWITTER for urgent questions or EMAIL for the rest