890068 - 528

# The United States of America

## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Acting Commissioner of Patents and Trademarks*

Int. Cl.: **42**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **2,226,808**
Registered **Feb. 23, 1999**

## SERVICE MARK
## PRINCIPAL REGISTER

## SCIENCEDIRECT

ELSEVIER SCIENCE B.V. (NETHERLANDS LIMITED LIABILITY COMPANY)
SARA BURGERHARTSTRAAT 25
1055 KV AMSTERDAM, NETHERLANDS

FOR: COMPUTER SERVICES, NAMELY LEASING ACCESS TIME TO COMPUTER DATABASES OF SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MATERIALS; PROVIDING A DATABASE OF SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MATERIALS; SEARCHING AND RETRIEVING SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MATERIALS; CREATING AND PROVIDING INDEXES OF SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MATERIALS; PROVIDING AN ONLINE LINK TO SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MATERIALS; PROVIDING AN ONLINE LINK TO SCIENTIFIC INFORMATION, RESOURCES, AND REFERENCE MTERIALS; ONLINE INFORMATION SERVICES, NAMELY, PROVIDING SCIENTIFIC INFORMATION; AND ONLINE RESEARCH SERVICES IN THE FIELDS OF MEDICINE AND SCIENCE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12–1–1997; IN COMMERCE 12–1–1997.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 821,109, FILED 8–20–1996, DATED 0–0–0000.

SN 75–977,519, FILED 9–6–1996.

MICHAEL LEVY, EXAMINING ATTORNEY

