

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

MARCH 22, 2004

PTAS



*900006355A*

REED ELSEVIER INTELLECTUAL PROPERTY
1105 NORTH MARKET STREET
NINTH FLOOR
WILMINGTON, DE 19801

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 03/22/2004          REEL/FRAME: 002814/0120
                                      NUMBER OF PAGES: 3

BRIEF: CHANGE OF NAME

ASSIGNOR:
    ELSEVIER SCIENCE B.V.             DOC DATE: 01/09/2003
                                      CITIZENSHIP: NETHERLANDS
                                      ENTITY: CORPORATION

ASSIGNEE:
    ELSEVIER B.V.                     CITIZENSHIP: NETHERLANDS
    SARA BURGERHARTSTRAAT 25          ENTITY: CORPORATION
    1055 KV
    AMSTERDAM, NETHERLANDS

APPLICATION NUMBER: 75977519          FILING DATE: 09/06/1996
REGISTRATION NUMBER: 2226808          ISSUE DATE: 02/23/1999

MARK: SCIENCEDIRECT — US Center Pocket
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

002814/0120 PAGE 2

SHAREILL COLES, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS