

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Foot and Ankle clinics
Search Results: Displaying 20 of 24 entries



*Foot and Ankle Clinics of North America .*

| | |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007556884 / 2012-07-16 |
| **Application Title:** | Foot and Ankle Clinics of North America |
| **Title:** | Foot and Ankle Clinics of North America . [Published: 2012-02-23. Issue: vol. 17, no. 1, March 2012] |
| **Serial Publication Year:** | 2012 |
| **ISSN:** | 1083-7515 |
| **Frequency:** | 4 per year. |
| **Copyright Claimant:** | Elsevier Inc., Transfer: By written agreement(s) with individual contributors not named on the application/certificate. Address: 1600 JFK Blvd., Suite 1800, Philadelphia, PA 19103, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Elsevier Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: compilation. |
| **Issues Registered:** | vol. 17, no. 1, March 2012. Created 2012; Pub. 2012-02-23. Reg. 2012-07-16; TX0007556884 |
| **Pre-existing Material:** | Permissioned Materials. |
| **Basis of Claim:** | compilation, editing, text, Figures. |
| **Rights and Permissions:** | healthpermissions@elsevier.com |
| **Names:** | Elsevier Inc. |
| | Elsevier Inc. |



