

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Guyton and Hall Textbook of Medical Physiology
Search Results: Displaying 1 of 1 entries



### Guyton and Hall Textbook of Medical Physiology, Twelfth Edition.

**Type of Work:** Text
**Registration Number / Date:** TX0007221241 / 2010-07-12
**Application Title:** Guyton and Hall Textbook of Medical Physiology, Twelfth Edition.
**Title:** Guyton and Hall Textbook of Medical Physiology, Twelfth Edition.
**Description:** Book, 1091 p.
**Copyright Claimant:** Elsevier Inc., Transfer: By written agreement. Address: 1600 JFK Blvd., Suite 1800, Philadelphia, PA, 19103.
**Date of Creation:** 2010
**Date of Publication:** 2010-06-15
**Nation of First Publication:** United States
**Authorship on Application:** John E. Hall; Domicile: United States; Citizenship: United States. Authorship: text, compilation, editing.
**Pre-existing Material:** Permissioned Materials, Photographs, Figures, Tables.
**Basis of Claim:** text, compilation, editing.
**Rights and Permissions:** Elsevier Inc., healthpermissions@elsevier.com
**ISBN:** 9781416045748
**Names:** Hall, John E.
Elsevier Inc.





Help   Search   History   Titles   Start Over