# REMOVED: P57 NIMOTUZUMAB IN COMBINATION WITH DOCETAXEL AND CARBOPLATIN AS TREATMENT FOR ADVANCED NON-SMALL-CELL-LUNG-CANCER

D. Qi[a], Q. Wang[a], C. Huang[a], Y. Li[a], Y. Yang[a], Y. Cui[a], L. Xin[a], J. Xu[a], H. Wang[a], J. Zheng[*,b,c]

[a]Key Laboratory of Cancer Prevention and Therapy, Department of First-Class Ward, Cancer Hospital, Tianjin Medical University, Tianjin, China, [b]Biotech Pharmaceuticals Co. Ltd., China, [c]Medical School, Tongji University, Shanghai, China

This article has been removed: please see Elsevier Policy on Article Withdrawal (http://www.elsevier.com/locate/withdrawalpolicy).

This abstract has been removed at the request of the Editor-in-Chief and author because it contains a drug dosage error which could have serious health consequences.  The abstract contained a dosage error for the drug, docetaxel.

The corrected abstract should read as follows:

*Background:* We evaluated the efficacy of nimotuzumab combined with docetaxel and carboplatin (TP) for treatment of advanced non-small-cell-lung-cancer (NSCLC), as well as the effect on circulating blood markers and patient's side-effects.
*Methods:* 21 patients with advanced NSCLC were enrolled in the study. Patients were given nimotuzumab (200 mg/week for 6 weeks) and DP regimen (60 mg/m$^2$ docetaxel and 400 mg/m$^2$ carboplatin, twice). Each patient had two cycles of chemotherapy. Response data was collected before and after treatment. Tumour size and reduction were recorded by thoracic CT scan and compared. Treatment related side-effects were compared by statistical methods.
*Findings:* Tumour size and levels of CEA, NSE, and CYFR21-1 were decreased after treatment ($p=0.01$, $p=0.02$, $p=0.03$). Four patients had a complete response, five had a partial response, nine had stable disease, and three had progressive disease. Three patients had side-effects on facial skin and were graded as stage I–II disease.
*Interpretation:* Nimotuzumab combined with DP regimen may increase the efficacy of treatment, with few side-effects.
Funding: Beijing Science Plan.
The authors declared no conflicts of interest.