American Journal of Human Biology (January 2002, Volume 14, Issue 1)
Length of marriage and its effect on spousal concordance in kuwait (pages 1–8) (DOI: 10.1002/ajhb.1137)
via onlinelibrary.wiley.com.sci-hub.org

