# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TX 5-489-426**

EFFECTIVE DATE OF REGISTRATION

**MAR 07 2002**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS SERIAL ▼**

AMERICAN JOURNAL OF HUMAN BIOLOGY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 1 | January/February 2002 | BIMONTHLY |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2  NAME OF AUTHOR ▼**

a  Wiley-Liss, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☒ Collective Work   Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**2001** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 31   Year ▶ 2001
U.S.A.   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Wiley-Liss, Inc.
605 Third Avenue, 9th Floor
New York, NY 10158

See instructions before completing this space.

APPLICATION RECEIVED
MAR 07, 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 07, 2002

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

|  | EXAMINED BY *mc* | FORM SE |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only       See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  John Wiley & Sons, Inc.       Account Number ▼
         Wiley-Liss Division                      DA010049

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name Address Apt City State Zip ▼
Aline C. Phillips            Wiley-Liss, Inc.
                             605 Third Avenue, 9th Floor
                             New York, NY 10158

Area Code & Telephone Number ▶ (212) 850-8854

Be sure to give your daytime phone number

**9**

**CERTIFICATION**   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Wiley-Liss, Inc.
                        Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Aline C. Phillips                                  date ▶ 2/8/02

Handwritten signature (X) ▼  *Al C Phillips*

**10**

| MAIL CERTIFI-CATE TO | Name ▼  Aline C. Phillips |
|---|---|
|  | Wiley-Liss, Inc. |
| Certificate will be mailed in window envelope | Number-Street Apartment Number ▼ |
|  | 605 Third Avenue, 9th Floor |
|  | City State ZIP ▼ |
|  | New York, NY 10158 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**