American Journal of Human Biology (July/August 2005, Volume 17, Issue 4)
Climate, racial category, and body proportions in the U.S. (pages 393–402) (DOI: 10.1002/ajhb.20401)
via onlinelibrary.wiley.com.sci-hub.org

