# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

**TX 6-205-446**

**EFFECTIVE DATE OF REGISTRATION**

08 / 03 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** **TITLE OF THIS SERIAL ▼**

AMERICAN JOURNAL OF HUMAN BIOLOGY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 17 | 4 | July/August 2005 | BIMONTHLY |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2 a** **NAME OF AUTHOR ▼**    **DATES OF BIRTH AND DEATH**
                Year Born ▼    Year Died ▼

Wiley-Liss, Inc.

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☒ No   "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☒ Collective Work    Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**    **DATES OF BIRTH AND DEATH**
                Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**    **DATES OF BIRTH AND DEATH**
                Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3 a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given ONLY if this work has been published.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information Month ▶ June   Day ▶ 29   Year ▶ 2005
U.S.A. ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Wiley-Liss, Inc.
111 River Street
Hoboken, NJ 07030-5774

See instructions before completing this space.

**APPLICATION RECEIVED**
AUG 03 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG 03 2005
**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

|  |  |
|---|---|
| EXAMINED BY | *mc* |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | |

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8** See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ John Wiley & Sons, Inc.   Account Number ▼
Wiley-Liss Division                 DA010049

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Aline C. Phillips          John Wiley & Sons, Inc.
STM Division               111 River Street - 8th Floor
                           Hoboken, NJ 07030-5774
Area Code & Telephone Number ▶  (201) 748-8854

**9**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Wiley-Liss, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Aline C. Phillips                        date ▶ 7/7/05

Handwritten signature (X) ▼ *[signature]*

**10**

**MAIL CERTIFICATE TO**
Name ▼ Aline C. Phillips (MailStop 8-01)
John Wiley & Sons, Inc.
Number/Street/Apartment Number ▼
111 River Street - 8th Floor
City/State/ZIP ▼
Hoboken, NJ 07030-5774

Certificate will be mailed in window envelope

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in*