- Spectroscopy
- Theory of Relativity and Gravitation
- Thermodynamics and Statistical Mechanics
- Physical Educ. and Sport
  - Bodybuilding
  - Bike
  - Fencing
  - Martial Arts
  - Sport fishing
  - Survival
- Psychology
  - The art of communication
  - Creative Thinking
  - Hypnosis
  - Love, erotic
  - Neuro-Linguistic Programming
  - Pedagogy
- Religion
  - Buddhism
  - Esoteric, Mystery
  - Kabbalah
  - Orthodoxy
- Science (General)
  - International Conferences and Symposiums
  - Science of Science
  - Scientific-popular
  - Scientific and popular: Journalism

- DONATE

  - BITCOIN

    



| | | | | | | | | Volume: | |
|---|---|---|---|---|---|---|---|---|---|
| Title: | Mass Spectrometry for Drug Discovery and Drug Development | | | | | | | | |
| Author(s): | Dominic M. Desiderio, Nico M. M. Nibbering(eds.) | | | | | | | | |
| Series: | | | | | | | | Periodical: | |
| Publisher: | John Wiley & Sons, Inc. | | | | | | | City: | |
| Year: | 2013 | | | | | | | Edition: | |
| Language: | English | | | | | | | Pages: | 464 |
| ISBN: | 9780470942383, 9781118516157 | | | | | | | ID: | 999915 |
| Time added: | 2013-08-01 08:00:00 | | | | | | | Time modified: | 2013-10-28 09:02:21 |
| Library: | | | | | | | | Library issue: | |
| Size: | 14 MB (15084829 bytes) | | | | | | | Extension: | pdf |
| Worse versions: | | | | | | | | BibTeX | Link |
| Desr. old vers.: | 2013-08-01 23:03:09  2013-08-10 20:50:54  2013-10-28 09:02:21 | | | | | | | Edit record: | Librarian libgen.org |
| Commentary: | | | | | | | | | |
| Topic: | | | | | | | | | |
| Identifiers: | ISSN: | UDC: | LBC: | LCC: | DDC: | DOI: 10.1002/9781118516157 | | OpenLibraryID: | GoogleID: | ASIN: |
| Book attributes: | DPI: 0 | OCR: yes | Bookmarked: | | Scanned: | Orientation: landscape | Paginated: yes | Color: | Clean: yes |
| Mirrors: | Libgen.in | Bookzz.org (Bookos.org, bookza.org) | | Bookfi.org | | Libgen.net | | Ed2k | Magnet | Torrent |

Hashes:
AICH:BLEPT56ZWMKVYOLLBBJIUCPVUEHQ265F
CRC32 41A5215D
eDonkey D84A0E7326088EFD8BD9B71DF7437C3D
MD5 42F7E0654C20700E9F93C9B6C081C6DF
SHA1 MAA6CHYZEKKNQFM5ET2NVBDD3YL5BY2J
TTH F3CN17DRYWL5NYMDR2NQ5W2R5D45FEGJRZEEB7I

With coverage of the latest mass spectrometry technology, this book explains how mass spectrometry can be used to enhance almost all phases of drug discovery and drug development, including new and emerging applications. The book's fifteen chapters have been written by leading pharmaceutical and analytical scientists. Their contributions are based on a thorough review of the current literature as well as their own experience developing new mass spectrometry techniques to

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-698-611

Effective date of registration:

March 1, 2013

## Title

**Title of Work:** Mass Spectrometry for Drug Discovery and Drug Development (9780470942383) 3

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 18, 2013    **Nation of 1st Publication:** United States
**International Standard Number:** ISBN    9780470942383

## Author

- **Author:** John Wiley & Sons, Inc. employer for hire of Walter A. Korfmacher
  **Author Created:** compilation, editing, preface
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** John Wiley & Sons, Inc.
111 River Street, Hoboken, NJ, 07030, United States

## Limitation of copyright claim

**Material excluded from this claim:** some previously published material
**New material included in claim:** compilation, editing, preface

## Certification

**Name:** Allison Castellano
**Date:** February 21, 2013