- - Spectroscopy
    - Theory of Relativity and Gravitation
    - Thermodynamics and Statistical Mechanics
  - Physical Educ. and Sport
    - Bodybuilding
    - Bike
    - Fencing
    - Martial Arts
    - Sport fishing
    - Survival
  - Psychology
    - The art of communication
    - Creative Thinking
    - Hypnosis
    - Love, erotic
    - Neuro-Linguistic Programming
    - Pedagogy
  - Religion
    - Buddhism
    - Esoteric, Mystery
    - Kabbalah
    - Orthodoxy
  - Science (General)
    - International Conferences and Symposiums
    - Science of Science
    - Scientific-popular
    - Scientific and popular: Journalism
- DONATE
  - BITCOIN



| | Title: | **Production of Plasma Proteins for Therapeutic Use** | | Volume: | |
|---|---|---|---|---|---|
| | Author(s): | | | | |
| | Series: | | | Periodical: | |
| | Publisher: | John Wiley & Sons, Inc. | | City: | |
| | Year: | 2013 | | Edition: | |
| | Language: | English | | Pages: | 487 |
| | ISBN: | 9780470924310, 9781118356807 | | ID: | 1001482 |
| | Time added: | 2013-08-01 08:00:00 | | Time modified: | 2013-10-29 03:41:35 |
| | Library: | | | Library issue: | |
| | Size: | 10 MB (10282487 bytes) | | Extension: | pdf |
| | Worse versions: | | | BibTeX | **Link** |
| | Desr. old vers.: | 2013-08-01 23:03:09  2013-08-11 00:00:40  2013-10-29 03:41:35 | | Edit record: | **Librarian libgen.org** |
| | Commentary: | | | | |
| | Topic: | | | | |



Edited by Anne Skaja Robinson   WILEY-VCH

**Production of Membrane Proteins**

Strategies for Expression and Isolation

Hashes:
AICH CR3CNJGZKUEZNVKXX4Y5ZHBKF2NAVG
CRC32 EACE9C7E
eDonkey B6H47Y36F6B0A1B2313D60J5D634659F
MD5 763AA874D895C2B10EBFEBA191315937
SHA1 NFEWJ2NYF4I2B4G2XYUPQSFLDORJSF477
TTH 4B4W3S3GB35PHKGPWJAXLSYC67SXYEJQXU5X2CA

| Identifiers: | ISSN: | UDC: | LBC: | LCC: | DDC: | DOI: 10.1002/9781118356807 | OpenLibraryID: | GoogleID: | ASIN: |
|---|---|---|---|---|---|---|---|---|---|
| Book attributes: | DPI: 0 | OCR: yes | Bookmarked: | | Scanned: | Orientation: landscape | Paginated: yes | Color: | Clean: yes |
| Mirrors: | Libgen.in | Bookzz.org (Bookos.org, bookza.org) | | Bookfi.org | Libgen.net | | Ed2k | Magnet | Torrent |

With contributions from an international team of eighty leading experts and pioneers in the field, Production of Plasma Proteins for Therapeutic Use presents a comprehensive overview of the current state of knowledge about the function, use, and production of blood plasma proteins. In addition to details of the operational requirements for the production of plasma derivatives, the book describes the biology, development, research, manufacture, and clinical indications of

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-651-619

**Effective date of
registration:**

January 22, 2013

## Title ———————————————————————————————

**Title of Work:** Production Of Plasma Proteins For Therapeutic Use, Edited by Joseph Bertolini [et al] (9780470924310) 3

## Completion/Publication ————————————————————

**Year of Completion:** 2012

**Date of 1st Publication:** December 14, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          9780470924310

## Author ————————————————————————————————

**Author:** John Wiley & Sons, Inc.

**Author Created:** compilation, Preface, editing of individual contributions

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ——————————————————————

**Copyright Claimant:** John Wiley & Sons, Inc.

111 River Street, Hoboken, NJ, 07030, United States

## Limitation of copyright claim ——————————————

**Material excluded from this claim:** Some material previously published

**New material included in claim:** compilation, Preface, editing of individual contributions

## Certification ————————————————————————————

**Name:** Jennifer Peters

**Date:** January 17, 2013