UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.<br><br>                        Plaintiffs,<br><br>        v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>                        Defendants. | Index No. 15-cv-4282 (RWS) |

**DECLARATION OF KAREN HAWKINS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

I, KAREN L. HAWKINS, declare as follows:

1. I submit this Declaration in support of Plaintiffs' application for entry of a preliminary injunction.

2. I am the Senior Director, Product Design at The Institute of Electrical and Electronics Engineers ("IEEE"). My office address is 501 Hoes Lane, Piscataway, New Jersey 08854.

3. IEEE is a not-for-profit technical professional association of more than 400,000 individual members in over 160 countries. It is recognized as a leading authority in many technical subjects, most notably, electrical and electronics engineering. As part of its efforts to

promote those fields of endeavor, IEEE makes over 3.6 million documents available for purchase through its digital library, IEEE Xplore.  IEEE Xplore is also provided to customers in a subscription model so that all of their technical needs can be met.  IEEE is either the owner of the copyright or the licensee of the copyright in all of the works it makes available through IEEE Xplore with the minimal exception of those that are published originally as "open access."

4. I am familiar with the piracy websites sci-hub.org ("Sci-Hub") and libgen.org (the "Library Genesis Project").  Based on my review of IEEE content on these sites, I believe that they have no substantial purpose other than to engage in, and facilitate the infringement of, copyrighted works.  They do this via sci-hub.org, which has compromised user credentials of IEEE's licensed customers to obtain IEEE's copyrighted content.  They then post the content to libgen.org, which is accessible to anyone who visits libgen.org and appears to be designed to be the ultimate and permanent repository of the content obtained.   These works include, but are not limited to, the following examples:

- IEEE Wireless Communications, Vol. 18, No. 1 ," which is available through Libgen.org at http://libgen.org/search.php?req=A%20Publication%20of%20the%20IEEE%20Communications%20Society&column[]=author
- IEEE Spectrum, Vol. 48, Issue 11 which is available through Libgen.org at
- http://libgen.org/book/index.php?md5=E4918C8F5FBAD9382AAE86362CDD9E54
- IEEE Transactions on Neural Networks, Vol. 22, No. 1 which is available through Libgen.org at

http://libgen.org/book/index.php?md5=8515A9EE46632228EF220B0CBD21C8BA

5. Attached hereto as Exhibit A are copies of the first ten pages of each of these publications, the full text of which were obtained through libgen.org.

6. Attached hereto as Exhibit B are true and correct copies of the registration certificates for these publications that are currently on file with the Copyright office.

7. IEEE has not authorized Sci-Hub or the Library Genesis Project to access its online databases or to copy, display, or distribute its copyrighted works through their websites. Rather, these websites have gained access to IEEE's online databases through unauthorized means. These methods appear to include using compromised user credentials from a licensed customer and either entering a subscriber's network via a proxy server or directly into an individual subscriber's computer. I am aware that IEEE has not found any way to adequately protect its customers or its own content against the threat of Sci-Hub's and the Library Genesis Project's unlawful intrusion into their computer systems.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2015.

_____
Karen Hawkins