

ieee spectrum

THE MAGAZINE OF TECHNOLOGY INSIDERS

11.11

SPECTRUM.IEEE.ORG

**What Really Happened at Fukushima** and What It Means for Nuclear Power

ON 11 MARCH, A MONSTER TSUNAMI SWAMPED A 40-YEAR-OLD JAPANESE NUCLEAR POWER PLANT, CAUSING THE FIRST TRIPLE-CORE MELTDOWN IN HISTORY

**An IEEE Spectrum** Investigative Report

◆IEEE



# MORE NEW TECHNOLOGY
## PRODUCTS ADDED DAILY.
## AND SHIPPED THE SAME DAY.

We are thrilled to announce the coming together of element14 and Newark into one powerful entity—the all-new element14. We will continue to provide the great products and personal service we're known for, plus a significant new product expansion, and much more. The vision is a single destination that offers an unprecedented range of technical data, innovative tools and services, meaningful community and expert engagement, and the best component shopping experience ever.

Learn more about our combined vision at www.newark.com/together

  



# ieee spectrum

volume 48  number 11  north american

# 11.11



30

**COPING WITH CATASTROPHE:** Workers inside the Fukushima Dai-ichi nuclear power station labor to stabilize the ruined reactors.

COVER: CARL DeTORRES

THIS PAGE: CLOCKWISE FROM TOP: TEPCO; DAVID PLUNKERT; ROLFE HORN

## SPECIAL REPORT
PAGE 30

# NUCLEAR POWER AFTER FUKUSHIMA

## 34   24 HOURS AT FUKUSHIMA
On the first day of the Fukushima Dai-ichi nuclear accident, workers struggled mightily to prevent disaster— and ultimately failed.  *By Eliza Strickland*

**44** THE POST-FUKUSHIMA WORLD
Governments are reassessing nuclear policies in the wake of the accident. *By Ritchie S. King*

**46** CHINA DOUBLES DOWN
Beijing wants 100 operational reactors by 2020. *By Peter Fairley*

**47** GERMANY FOLDS
Berlin vows to end its nuclear program by 2022. *By Peter Fairley*

**48** WHAT NEXT FOR NUCLEAR?
The experts weigh in on how to build a safer, stronger nuclear power industry.



**50** TRANSISTOR WARS
Rival schemes emerge in the struggle to keep Moore's Law alive. *By Khaled Ahmed & Klaus Schuegraf*



**54** TICKING TO ETERNITY
Designing a clock to last 10 000 years poses a challenge for our speed-obsessed age: How do you build something for the distant future and get people to care about it today? *By David Kushner*



Case 1:15-cv-04282-RWS Document 11-2 Filed 06/11/15 Page 4 of 12





**Experis** Engineering
ManpowerGroup

# A DEEPER DIVE
# INTO THE TALENT POOL
# IS HUMANLY POSSIBLE

At Experis™ Engineering, we go further to find top engineering talent that's often hidden beneath the surface. We tap into over 40 years of industry-leading professional resourcing experience to create ideal matches for contract and permanent positions. We overlay Six Sigma analyses to prove and enhance our processes. We position our recruiters as experts within engineering talent communities. And with a wide range of specialized project solutions, we bring talent and expertise together to deliver cost-effective, accelerated results. All this, to lead your company to the top.

**Learn more at experis.us/ieee**



©2011 ManpowerGroup. All rights reserved.





Case 1:15-cv-04282-RWS   Document 11-2   Filed 06/11/15   Page 5 of 12

ieee spectrum    Previous Page | Contents | Zoom in | Zoom out | Front Cover | Search Issue | Next Page    Qmags
THE WORLD'S NEWSSTAND®

# ieee spectrum

volume 48  number 11  north american

# 11.11



## UPDATE

**13 FUTURE RIOTS**
What's an anonymous mob when everyone's identifiable?
*By Willie D. Jones*

**14 EXTRA-TERRESTRIAL ABODE**

**15 ARTIFICIAL LEAVES**

**16 THE FUKUSHIMA SHUTDOWN**

**20 THE LED'S DIMINISHING RETURNS**

## OPINION

**10 SPECTRAL LINES**
IEEE members in Japan helped shape *Spectrum*'s Fukushima coverage.
*By Susan Hassler*

**28 REFLECTIONS**
All too often, advisory boards benefit the advisors more than the advisees.
*By Robert W. Lucky*

## DEPARTMENTS

**4 BACK STORY**
John Boyd reports from Japan through food shortages, blackouts, and aftershocks.

**6 CONTRIBUTORS**

**22 HANDS ON**
MakerBot has made 3-D printing almost as easy as photocopying. *By Paul Wallich*

**24 GEEK LIFE**
Movies are increasingly relying on computer graphics instead of real life. *By Mark Anderson*

**26 TOOLS & TOYS**
New computer mice add useful capabilities, but at the expense of even more useful ones.
*By Harry Teasley*

**92 THE DATA**
The severity of the Chernobyl disaster was far greater than that of Fukushima. So why are they rated the same in impact?
*By Prachi Patel*

## SPECTRUM.IEEE.ORG  AVAILABLE 1 NOVEMBER

### Fukushima: Measuring the Impact

The radiation released by Japan's nuclear disaster caused the government to evacuate towns and impose bans on fishing and agricultural exports. For an interactive map of the government's response, as well as a peek into



the future of the Fukushima Dai-ichi site, go to http://spectrum.ieee.org/fukushima.

## THEINSTITUTE.IEEE.ORG  AVAILABLE 4 NOVEMBER



**SATELLITE SERVICE EARNS MILESTONE**
The world's first direct broadcast satellite service, which became available in 1984, is being honored with an IEEE Milestone this month. This service was the culmination of 18 years of research, which included the development of an inexpensive low-noise receiver and investigations of rain attenuation in the 12-gigahertz band.

**FINANCING ENGINEERING EDUCATION**
As most parents and students know, tuition at top engineering schools is not cheap. To help ease the financial burden, IEEE offers dozens of scholarships, fellowships, travel grants, and internships to engineering undergrads and grad students.

**SIGNAL PROCESSING CONFERENCE**
The IEEE International Conference on Emerging Signal Processing Applications, to be held from 12 to 14 January in Las Vegas, will cover 3-D technology for gaming, telepresence, gesture recognition for games and natural user interfaces, and more.

## ONLINE WEBINARS & RESOURCES   AVAILABLE AT http://spectrum.ieee.org/webinar

**16 November:** Big Demand Drives Small Solutions: Scalable Baseband Solutions

**17 November:** Electrostatic Actuation With COMSOL Multiphysics

Simulation of Vacuum Electronics Devices Using VORPAL

Constrained Optimization in MATLAB: A Framework for N-1-1 Contingency Analysis and Security Constrained Optimal Power Flow

The IEEE Emerging Technology Forum Series: Reinventing Infrastructure for High Speed Rail

Plasma Modeling With COMSOL Multiphysics

The IEEE Emerging Technology Forum Series: Silicon Valley's Impact on the Automotive Industry

Requirements Management's Key Role in the Nuclear Industry

Modeling and Simulation of HEV and EV Power Electronics

Teaching Control Systems to Future Engineers

Systems Engineering: Two Perspectives on a Domain That Is No Longer Optional

PMU Technology for Dynamic Conditions in Distribution

New product release library: http://spectrum.ieee.org/static/new-product-release-library


SUSTAINABLE FORESTRY INITIATIVE
Certified Chain of Custody
Promoting Sustainable Forest Management
www.sfiprogram.org


Printed with inks containing soy and/or vegetable oils

IEEE SPECTRUM (ISSN 0018-9235) is published monthly by The Institute of Electrical and Electronics Engineers, Inc. All rights reserved. © 2011 by The Institute of Electrical and Electronics Engineers, Inc., 3 Park Avenue, New York, NY 10016-5997, U.S.A. The editorial content of IEEE Spectrum magazine does not represent official positions of the IEEE or its organizational units. Canadian Post International Publications Mail (Canadian Distribution) Sales Agreement No. 40013087. Return undeliverable Canadian addresses to: Circulation Department, IEEE Spectrum, Box 1051, Fort Erie, ON L2A 6C7. Cable address: ITRIPLEE. Fax: +1 212 419 7570. INTERNET: spectrum@ieee.org. ANNUAL SUBSCRIPTIONS: IEEE Members: $21.40 included in dues. Libraries/institutions: $399. POSTMASTER: Please send address changes to IEEE Spectrum, c/o Coding Department, IEEE Service Center, 445 Hoes Lane, Box 1331, Piscataway, NJ 08855. Periodicals postage paid at New York, NY, and additional mailing offices. Canadian GST #125634188. Printed at 120 Donnelley Dr., Glasgow, KY 42141-1060, U.S.A. IEEE Spectrum circulation is audited by BPA Worldwide. IEEE Spectrum is a member of American Business Media, the Magazine Publishers of America, and Association Media & Publishing. IEEE prohibits discrimination, harassment, and bullying. For more information, visit http://www.ieee.org/web/aboutus/whatis/policies/p9-26.html.

CLOCKWISE FROM TOP LEFT: DAN ISTITENE/GETTY IMAGES; YURIKO NAKAO/REUTERS; ISTOCKPHOTO

SPECTRUM.IEEE.ORG

NOVEMBER 2011 · IEEE SPECTRUM · NA  3

ieee spectrum    Previous Page | Contents | Zoom in | Zoom out | Front Cover | Search Issue | Next Page    Qmags
THE WORLD'S NEWSSTAND®

# back story

## ieee spectrum

### EDITORIAL

EDITOR IN CHIEF  Susan Hassler, *s.hassler@ieee.org*
EXECUTIVE EDITOR  Glenn Zorpette, *g.zorpette@ieee.org*
EDITORIAL DIRECTOR, DIGITAL  Harry Goldstein, *h.goldstein@ieee.org*
MANAGING EDITOR  Elizabeth A. Bretz, *e.bretz@ieee.org*
SENIOR EDITORS  Jean Kumagai, *j.kumagai@ieee.org*; Samuel K. Moore (News), *s.k.moore@ieee.org*; Tekla S. Perry, *t.perry@ieee.org*; Philip E. Ross, *p.ross@ieee.org*; David Schneider, *d.a.schneider@ieee.org*
SENIOR ASSOCIATE EDITORS  Steven Cherry (Resources), *s.cherry@ieee.org*; Erico Guizzo, *e.guizzo@ieee.org*
ASSOCIATE EDITORS  Rachel Courtland, *r.courtland@ieee.org*; Marisa Plumb, *m.plumb@ieee.org*; Joshua J. Romero (Online), *j.j.romero@ieee.org*; Eliza Strickland, *e.strickland@ieee.org*
ASSISTANT EDITOR  Willie D. Jones, *w.jones@ieee.org*
SENIOR COPY EDITOR  Joseph N. Levine, *j.levine@ieee.org*
COPY EDITOR  Michele Kogon, *m.kogon@ieee.org*
EDITORIAL RESEARCHER  Alan Gardner, *a.gardner@ieee.org*
EXECUTIVE PRODUCER, SPECTRUM RADIO  Sharon Basco
ASSISTANT PRODUCER, SPECTRUM RADIO  Francesco Ferorelli, *f.ferorelli@ieee.org*
ADMINISTRATIVE ASSISTANTS  Ramona Foster, *r.foster@ieee.org*; Nancy T. Hantman, *n.hantman@ieee.org*
INTERN  Katie M. Palmer, *palmer.k@ieee.org*
CONTRIBUTING EDITORS  John Blau, Robert N. Charette, Peter Fairley, David Kushner, Robert W. Lucky, Paul McFedries, Prachi Patel, Carl Selinger, Seema Singh, William Sweet, John Voelcker

### ART & PRODUCTION

SENIOR ART DIRECTOR  Mark Montgomery
DEPUTY ART DIRECTOR  Angela Howard
ASSISTANT ART DIRECTOR  Brandon Palacio
PHOTO EDITOR  Randi Silberman Klett
DIRECTOR, PERIODICALS PRODUCTION SERVICES  Peter Tuohy
EDITORIAL & WEB PRODUCTION MANAGER  Roy Carubia
SENIOR ELECTRONIC LAYOUT SPECIALIST  Bonnie Nani
WEB PRODUCTION COORDINATOR  Jacqueline L. Parker
MULTIMEDIA PRODUCTION SPECIALIST  Michael Spector

### EDITORIAL ADVISORY BOARD

Susan Hassler, *Chair*; Gerard A. Alphonse, Marc T. Apter, Francine D. Berman, Jan Brown, Raffaello D'Andrea, J. Roberto B. De Marca, Hiromichi Fujisawa, Kenneth Y. Goldberg, Susan Hackwood, Bin He, Erik Heijne, Charles H. House, Christopher J. James, Ruby B. Lee, John P. Lewis, Tak Ming Mak, Carmen S. Menoni, David A. Mindell, C. Mohan, Fritz Morgan, Andrew M. Odlyzko, Larry L. Smarr, Harry L. Tredennick III, Sergio Verdú, Jeffrey M. Voas, William Weihl, Kazuo Yano

### EDITORIAL CORRESPONDENCE

IEEE Spectrum, 3 Park Ave., 17th Floor, New York, NY 10016-5997
Attn: Editorial Dept. Tel: +1 212 419 7555  Fax: +1 212 419 7570
Bureau: Palo Alto, Calif.; Tekla S. Perry +1 650 328 7570
Responsibility for the substance of articles rests upon the authors, not IEEE or its members. Articles published do not represent official positions of IEEE. Letters to the editor may be excerpted for publication.

### ADVERTISING CORRESPONDENCE

IEEE Spectrum, 3 Park Ave., 17th Floor, New York, NY 10016-5997
Attn: Advertising Dept. +1 212 419 7760
The publisher reserves the right to reject any advertising.

### REPRINT PERMISSION

LIBRARIES: Articles may be photocopied for private use of patrons. A per-copy fee must be paid to the Copyright Clearance Center, 29 Congress St., Salem, MA 01970. For other copying or republication, contact Business Manager, IEEE Spectrum.

COPYRIGHTS AND TRADEMARKS: IEEE Spectrum is a registered trademark owned by The Institute of Electrical and Electronics Engineers Inc. Careers, EEs' Tools & Toys, EV Watch, Progress, Reflections, Spectral Lines, and Technically Speaking are trademarks of IEEE.



## Assignment: Fukushima

IF YOU'RE a habitué of *IEEE Spectrum*'s website, then you've noticed that we've posted rather a lot of stories and updates on the disaster at the Fukushima Dai-ichi nuclear plant. Although nearly every *Spectrum* staffer has contributed to our coverage, it has been John Boyd [above], our man in Japan, whose reports have enabled us to break as many stories as we have.

You'll find his latest article on the effort to bring the Fukushima Dai-ichi reactors under control in the Update section of this issue. And behind that article are the more than 50 online reports he has filed since the crisis began on 11 March.

Born in England, Boyd arrived in Japan in 1972 during what was supposed to be an around-the-world hitchhike. He never left. Living in Japan for the past four decades has inured him to earthquakes. But he could tell that the one this past March was different.

"At first I thought it was a huge windstorm because the power lines were swinging so much," he says. The buildings in his neighborhood of greater Tokyo were shaking so violently that some people sought safety in a nearby field, only to discover that the field itself was bucking and heaving.

Amazingly, Boyd's apartment building withstood it all. After searching for a friend, he plunked down in front of the TV just in time to see a tsunami devour the northeast coast.

Although his own city was spared the tsunami's ravages, life was no picnic. "The first few weeks it was tough because there was a run on food, and bottled water wasn't available because of panic over radiation," he says. Train service was halted, aftershocks rattled coastal areas, and rolling blackouts stifled Tokyo. "But news was coming in all the time," Boyd marvels.

He says he wasn't immediately aware of the scope of this story. But when he filed his first report, he already seemed to know the direction it was going to take. It was prefaced by a note that "things are likely to get worse"—a true British understatement if ever there was one.  ❑

CITING ARTICLES IN IEEE SPECTRUM

*IEEE Spectrum* publishes two editions. In the international edition, the abbreviation INT appears at the foot of each page. The North American edition is identified with the letters NA. Both have the same editorial content, but because of differences in advertising, page numbers may differ. In citations, you should include the issue designation. For example, The Data is in *IEEE Spectrum*, Vol. 48, no. 11 (INT), November 2011, p. 64 or in *IEEE Spectrum*, Vol. 48, no. 11 (NA), November 2011, p. 92.





# Every product is a promise

For all its sophisticated attributes, today's modern product is, at its core, a promise.

A promise that it will perform properly, not fail unexpectedly, and maybe even exceed the expectations of its designers and users. ANSYS helps power these promises with the most robust, accurate and flexible simulation platform available.

To help you see every possibility and keep every promise.

**Realize Your Product Promise™**



To learn more about how leading companies are leveraging simulation as a competitive advantage, visit: **www.ansys.com/promise**




ieee spectrum | Case 1:15-cv-04282-RWS   Document 11-2   Filed 06/11/15   Page 8 of 12
Previous Page | Contents | Zoom in | Zoom out | Front Cover | Search Issue | Next Page
Qmags
THE WORLD'S NEWSSTAND®

# contributors



**KHALED AHMED** and **KLAUS SCHUEGRAF** write about the coming competition between thin-channel 3-D and 2-D transistors in "Transistor Wars" [p. 50]. Ahmed is an IEEE senior member and a technology strategist in the Silicon Systems Group at Applied Materials, where Schuegraf is chief technology officer. After years of working on ways to manufacture smaller and smaller bulk silicon transistors, both are excited about the rapid development of the new, thin-channel alternatives. "From a device physics perspective, thin is definitely in," Ahmed says.



**PETER FAIRLEY** writes about energy as a contributing editor for *IEEE Spectrum*. Fairley, a world traveler who divides his time between Vancouver Island and Paris, has the international perspective *Spectrum* needed for articles about China's nuclear-powered future [p. 46] and Germany's nuclear-free future [p. 47]. "When it comes to energy, every country has its own unique set of political restraints and cultural hang-ups," he says. "That's what makes it interesting."



**DAVID KUSHNER** wrote "Ticking to Eternity" [p. 54], about the effort to build a monumental clock that will tell time for 10 000 years. He wonders how people will view the clock millennia from now: "I keep picturing the Neanderthals in *2001: A Space Odyssey* discovering the monolith, stumbling on to this amazing thing." A *Spectrum* contributing editor, Kushner has written three books, including *Levittown: Two Families, One Tycoon, and the Fight for Civil Rights in America's Legendary Suburb*.



**DAVE LEVITAN,** a freelance journalist in New York City, is a contributor to *Spectrum*'s EnergyWise blog. He wrote "Prospects for an Artificial Leaf Are Growing" [p. 15] because "some of the best ideas for energy are already out there in nature," he says. "We just have to adapt what exists." A companion piece on how engineers are taking cues from whales and fish in designing wind farms is at http://spectrum.ieee.org/levitan0911.



**HARRY TEASLEY** has been developing video games for more than 20 years, and many of his games, like the massively multiplayer *Lord of the Rings* online, are supported by hyperspecialized computer mice. "I could open a museum of input devices, and most of them are total failures," says Teasley, who writes about the Microsoft Touch Mouse in "Gestures Creep Into Mouse Interfaces" [p. 26]. But when you find a mouse that works well with a game, he says, "it's a revelation."



**PAUL WALLICH** took to his basement workshop in Vermont to test out a MakerBot 3-D printer for "Absolutely Fab" [p. 22]. There, he made a number of small plastic doodads, including a SpongeBob SquarePants figurine for his 6-year-old son. His 3-year-old isn't so lucky, at least for now. "He's being kept far away from this thing," says Wallich, "considering that it's squirting out plastic at 220 °C."

## IEEE

### IEEE MEDIA
STAFF DIRECTOR, PUBLISHER, IEEE SPECTRUM
James A. Vick, j.vick@ieee.org
ASSOCIATE PUBLISHER, SALES & ADVERTISING DIRECTOR
Marion Delaney, m.delaney@ieee.org
RECRUITMENT SALES DEVELOPMENT MANAGER
Michael Buryk, m.buryk@ieee.org
BUSINESS MANAGER Robert T. Ross
IEEE MEDIA/SPECTRUM GROUP MARKETING MANAGER
Blanche McGurr, b.mcgurr@ieee.org
INTERACTIVE MARKETING MANAGER Ruchika Anand, r.t.anand@ieee.org
LIST SALES & RECRUITMENT SERVICES PRODUCT/MARKETING MANAGER
Ilia Rodriguez, i.rodriguez@ieee.org
REPRINT SALES +1 212 221 9595, EXT. 319
MARKETING & PROMOTION SPECIALIST Faith H. Jeanty, f.jeanty@ieee.org
RECRUITMENT SALES ADVISOR Liza Reich +1 212 419 7578
ADVERTISING SALES +1 212 705 8939
ADVERTISING PRODUCTION MANAGER Felicia Spagnoli
SENIOR ADVERTISING PRODUCTION COORDINATOR Nicole Evans
ADVERTISING PRODUCTION +1 732 562 6334
IEEE STAFF EXECUTIVE, PUBLICATIONS Anthony Durniak

### IEEE BOARD OF DIRECTORS
PRESIDENT & CEO Moshe Kam
+1 732 562 3928 FAX: +1 732 465 6444 president@ieee.org
PRESIDENT-ELECT Gordon W. Day
TREASURER Harold Flescher
SECRETARY Roger D. Pollard
PAST PRESIDENT Pedro A. Ray

VICE PRESIDENTS
Tariq S. Durrani, Educational Activities;
David A. Hodges, Publication Services & Products;
Howard E. Michel, Member & Geographic Activities;
Steve M. Mills, President, Standards Association;
Donna L. Hudson, Technical Activities;
Ronald G. Jensen, President, IEEE-USA

DIVISION DIRECTORS
Hiroshi Iwai (I); J. Keith Nelson (II);
Nim K. Cheung (III); Peter N. Clout (IV);
Michael R. Williams (V); Jeffrey M. Voas (VI);
Enrique A. Tejera M. (VII); Susan K. Land (VIII);
Alfred O. Hero III (IX); Vincenzo Piuri (X)

REGION DIRECTORS
Charles P. Rubenstein (1); Ralph M. Ford (2);
Clarence L. Stogner (3); James N. Riess (4);
Sandra L. Robinson (5); Edward G. Perkins (6);
Cm P. Malik (7); Marko Delimar (8);
Tania L. Quiel (9); Wai-Choong Wong (10)

DIRECTORS EMERITUS
Eric Herz, Theodore W. Hissey

### IEEE STAFF
EXECUTIVE DIRECTOR & COO James Prendergast
+1 732 502 5400, james.prendergast@ieee.org
HUMAN RESOURCES Betsy Davis, SPHR
+1 732 465 6434, e.davis@ieee.org
PUBLICATIONS Anthony Durniak
+1 732 562 3998, a.durniak@ieee.org
EDUCATIONAL ACTIVITIES Douglas Gorham
+1 732 562 5483, d.g.gorham@ieee.org
STANDARDS ACTIVITIES Judith Gorman
+1 732 562 3820, j.gorman@ieee.org
MEMBER & GEOGRAPHIC ACTIVITIES Cecelia Jankowski
+1 732 562 5504, c.jankowski@ieee.org
CORPORATE STRATEGY & COMMUNICATIONS Matthew Loeb, CAE
+1 732 562 5320, m.loeb@ieee.org
CHIEF MARKETING OFFICER Patrick D. Mahoney
+1 732 562 5596, p.mahoney@ieee.org
CHIEF INFORMATION OFFICER Alexander J. Pasik, Ph.D.
+1 732 562 6017, a.pasik@ieee.org
CHIEF FINANCIAL OFFICER Thomas R. Siegert
+1 732 562 6843, t.siegert@ieee.org
TECHNICAL ACTIVITIES Mary Ward-Callan
+1 732 562 3850, m.ward-callan@ieee.org
MANAGING DIRECTOR, IEEE-USA Chris Brantley
+1 202 530 8349, c.brantley@ieee.org

### IEEE PUBLICATION SERVICES & PRODUCTS BOARD
David A. Hodges, Chair; Tayfun Akgul, John Baillieul, Silvio E. Barbin, Karen Bartleson, Maja E. Bystrom, Celia L. Desmond, Tariq S. Durrani, Mohamed E. El-Hawary, David A. Grier, Lajos Hanzo, Elizabeth T. Johnston, Hulya Kirkici, Russell J. Lefevre, Michael R. Lightner, Carmen S. Menoni, Pradeep Misra, William W. Moses, Jose M.F. Moura, Edward A. Rezek, Jon G. Rokne, Gianluca Setti, Curtis A. Siller, Ravi M. Todi, Robert J. Trew, Karl R. Varian, Timothy T. Wong, Daniel S. Yeung, Jacek M. Zurada

### IEEE OPERATIONS CENTER
445 Hoes Lane, Box 1331, Piscataway, NJ 08854-1331 U.S.A.
Tel: +1 732 981 0060 Fax: +1 732 981 1721

CLOCKWISE FROM TOP RIGHT: DAVE LEVITAN; HARRY TEASLEY; JULIE ROBICHAUX; BETH KELLY; RANDI SUBBARAO-HEWLETT










# Capture

**SOLAR ENERGY:** This type of collector utilizes solar energy by heating a fluid that is then used to generate electricity. Heat is transferred via surface-to-surface radiation from the outside shell to the pipe walls. Shown is the heat flux vector and temperature on both surfaces.



© 2011 COMSOL. COMSOL and COMSOL Multiphysics are registered trademarks of COMSOL AB. Capture the Concept is a trademark of COMSOL AB. Other product and brand names are trademarks or registered trademarks of their respective holders.






# the Concept.



With COMSOL Multiphysics® you are em-
powered to build simulations that accurately
replicate the important characteristics of
your designs. The key is the ability to include
all physical effects that exist in the real world.
This multiphysics approach delivers results—
tangible results that save precious develop-
ment time and spark innovation.

Request a free Product Booklet.



## comsol.com/booklet

 COMSOL






ieee spectrum   Previous Page | Contents | Zoom in | Zoom out | Front Cover | Search Issue | Next Page   Qmags THE WORLD'S NEWSSTAND®

# spectral lines



From left: Iwao Hyakutake, Eiki Hotta, and Tsuneo Futami

# Covering Fukushima With a Little Help From Our Friends

JOURNALISM is about access—to people, places, documents, and other things. And here's why good journalism is hard: When a journalist most needs access to something is often the exact time it's hardest to get that access. The reason, of course, is that lots of journalists are all flocking to the same person or place, in response to the same news-making event. For example, everyone wants to talk to the cabinet minister the day after he resigns amid scandal.

And so it was with the Tokyo Electric Power Co., whose Fukushima Dai-ichi nuclear power plant suffered core meltdowns in three reactors in the days after an enormous tsunami inundated the plant. The world's journalists besieged TEPCO, which behaved in an all-too-predictable fashion: It hunkered down and gave terse and essentially useless updates about the unfolding disaster.

For us, perfunctory coverage of this calamity wasn't an option. IEEE members expect us to give them authoritative insights into engineering-related events. And the bigger the event, the greater the expectations. Besides, we had a reputation to live up to: *IEEE Spectrum* won its first National Magazine Award— the highest honor in U.S. magazine publishing—for a report published in 1979 on the Three Mile Island nuclear accident in Pennsylvania.

Immediately after the news of trouble at Fukushima broke, our Japan correspondent, John Boyd, began filing blog posts [see Back Story, this issue]. But we also needed a staffer in our New York City office to anchor our output, which was being directed by Samuel K. Moore, *Spectrum*'s news editor. Associate Editor Eliza Strickland accepted the challenge.

We had hired her to be our Asia editor, a newly created position, and her first day of work at *Spectrum* was Wednesday, 9 March. The Fukushima disaster began not quite two days later. For a true journalist, there's a kind of thrill, a mix of butterflies and fervor, that you feel when something huge occurs in your beat area. Strickland had never written on nuclear technology before, but she was well prepared to do so: She came to *Spectrum* from *Discover* magazine, where she had been a Web editor specializing in energy and environmental issues.

Over the next month she wrote or edited dozens of posts and stories, including ones on worst-case scenarios and a buoy-based tsunami warning system. She soon found that, in the endless quest for access, she had something important on her side: the global reach of IEEE. Strickland contacted Professor Eiki Hotta, chair of the Japan chapter of the IEEE Nuclear & Plasma Sciences Society (NPSS). He put her in touch with Professor Tsuneo Futami of the Tokyo Institute of Technology, who is a former superintendent of the Fukushima Dai-ichi plant. Professor Futami became Strickland's guide and champion, patiently answering her questions for two days at his Tokyo office and securing for her an exclusive interview at TEPCO headquarters.

Although the executives at TEPCO didn't reveal much during the interview, the scene there was memorable. With summer coming on, the utility had embarked on a stringent energy conservation regime. So Strickland was startled on arriving to find TEPCO's senior management in suits and ties, rushing around dark, hot hallways as they grappled with the repercussions of the second-worst nuclear power plant accident in history. It was thanks to Professor Futami, too, that Strickland secured an interview with the officials at Japan's Nuclear and Industrial Safety Agency who oversaw the response to the Fukushima crisis. The vice-chair of the NPSS, Hiroshi Akatsuka, accompanied her to that interview.

IEEE's dynamic Japan organization helped at every turn. Just before Strickland left Tokyo to travel to the city of Aizu-Wakamatsu, she learned that her interpreter wouldn't be able to meet her there. The head of the IEEE Japan office, Iwao Hyakutake, wheeled into action and arranged for a replacement. In an empty school in Aizu-Wakamatsu, where Strickland interviewed the mayor of an evacuated town, she was touched by the sight of corridors lined with strings of paper cranes, sent by well-wishers from around the world.

We would like to thank Professor Futami, Professor Hotta, Professor Akatsuka, Mr. Hyakutake, and the many others who helped us with our report on Fukushima. By believing in what we do and by being generous with their time, they enabled us to start a discussion about exactly what happened at *Fukushima* and what it all means.

—SUSAN HASSLER

FROM LEFT: IWAO HYAKUTAKE, EIKI HOTTA, TSUNEO FUTAMI



ieee spectrum   Previous Page | Contents | Zoom in | Zoom out | Front Cover | Search Issue | Next Page   Qmags THE WORLD'S NEWSSTAND®