

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ieee wireless communications
Search Results: Displaying 28 of 30 entries



### IEEE Wireless Communications Magazine.

| | |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007689559 / 2013-04-18 |
| **Application Title:** | IEEE Wireless Communications Magazine |
| **Title:** | IEEE Wireless Communications Magazine. [Published: 2011-02-17 to 2011-04-18. Issues: vol. 18, no. 1, February 2011 to vol. 18, no. 2, April 2011] |
| **Serial Publication Year:** | 2011 |
| **ISSN:** | 1536-1284 |
| **Copyright Claimant:** | Institute of Electrical and Electronics Engineers. Address: 445 Hoes Lane, Piscataway, NJ 08854. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Institute of Electrical and Electronics Engineers, employer for hire. Authorship: Collective Work. |
| **Issues Registered:** | vol. 18, no. 1, February 2011. Pub. 2011-02-17. Reg. 2013-04-18; TX0007689559 |
| | vol. 18, no. 2, April 2011. Pub. 2011-04-18. Reg. 2013-04-18; TX0007689559 |
| **Names:** | Institute of Electrical and Electronics Engineers |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page