

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ieee spectrum
Search Results: Displaying 29 of 37 entries



*IEEE Spectrum Magazine.*

|   |   |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007713375 / 2013-04-16 |
| **Application Title:** | IEEE Spectrum Magazine |
| **Title:** | IEEE Spectrum Magazine. [Published: 2011-09-27 to 2011-11-30. Issues: vol. 48, no. 10, October 2011 to vol. 48, no. 12, December 2011] |
| **Serial Publication Year:** | 2011 |
| **ISSN:** | 0018-9235 |
| **Copyright Claimant:** | Institute of Electrical and Electronics Engineers. Address: 445 Hoes Lane, Piscataway, NJ, 08854. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Institute of Electrical and Electronics Engineers, employer for hire. Authorship: Collective Works. |
| **Issues Registered:** | vol. 48, no. 10, October 2011. Pub. 2011-09-27. Reg. 2013-04-16; TX0007713375 |
|   | vol. 48, no. 11, November 2011. Pub. 2011-10-27. Reg. 2013-04-16; TX0007713375 |
|   | vol. 48, no. 12, December 2011. Pub. 2011-11-30. Reg. 2013-04-16; TX0007713375 |
| **Names:** | Institute of Electrical and Electronics Engineers |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▼] [Format for Print/Save]
Enter your email address: [_____] [Email]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page