

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ieee transactions on neural networks
Search Results: Displaying 38 of 74 entries



*IEEE Transactions on Neural Networks.*

|  |  |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007290018 / 2011-01-12 |
| **Application Title:** | IEEE Transactions on Neural Networks |
| **Title:** | IEEE Transactions on Neural Networks. [Published: 2011-01-06. Issue: vol. 22, no. 1, January 2011] |
| **Serial Publication Year:** | 2011 |
| **ISSN:** | 1045-9227 |
| **Frequency:** | Monthly. |
| **Copyright Claimant:** | Institute of Electrical & Electronics Engineers. Address: 445 Hoes Lane, Piscataway, NJ 08854-4141, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Institute of Electrical & Electronics Engineers, employer for hire; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 22, no. 1, January 2011. Created 2011; Pub. 2011-01-06. Reg. 2011-01-12; TX0007290018 |
| **Names:** | Institute of Electrical & Electronics Engineers |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

[Copyright Office Home Page](#) | [Library of Congress Home Page](#)