**EXHIBIT A – SCI-HUB.ORG DONATIONS PAGE**



Comrades! As usual, the Sci-Hub project is doing a monthly collection for the project needs.

This will cover our monthly costs of university proxy, for the period between March 15, 2015 and April 15, 2015, as well as hosting subscription for one month.

|Total collected|Collected today:|
|---|---|
|$ 2485|$2144|

It is important to know that these costs will not be recurrent, for two reasons: the first one - additions of articles to the library has been very active (during the last two months, 3.5 million new articles were added, the frequency of loading continuing to rise) - which means that in the future, there will no longer be any need to download most articles through the proxy, but simply from the library. The second reason is that we have been developing our technology which will allow us to operate without a proxy.

However, for now, the proxy is still required so please do contribute. Bearing in mind the number of our readership, the amount of individual contribution does not have to be large. If each Russian user gives us at least **twenty five** Roubles, we will collect the required amount in one week. So please do not be lazy. Go to Sberbank or use YandexMoney site to wire your contribution.
Each Rouble received will make it possible to acquire several new articles or books.

**Transfer methods:**

*Method one: Russian bank cards: go to Yandex card2card service and indicate the following receiving card number 4276 3800 9449 2282 and click on "send".*

*Method two: Send using the form:*

*Method three: Transfer to electronic wallet No. QIWI 7 929 9309965*
*Method four: Send directly to Sberbank card No.: 4276 3800 9449 2282*

*Comrades! All of you who support our project are invited*
*to join our social network VKontakte: vk_com/sci_hub*