**EXHIBIT B – FEBRUARY 14, 2013 POST TO @SCI_HUB TWITTER ACCOUNT**



**Sci Hub** @Sci_Hub

Все скачанные статьи сохраняются в Либгене и скачиваются оттуда при повторном запросе. ~ 15 статей / минуту теперь идут через Либген

2/14/2013 12:22 AM (UTC -08:00)

*Translation:*



**Sci Hub** @Sci_Hub

All downloaded articles are saved on LibGen and downloaded from there after the second request. ~ 15 articles / minute are now going through LibGen

2/14/2013 12:22 AM (UTC -08:00)