**EXHIBIT C – MARCH 22, 2013 POST TO @SCI_HUB TWITTER ACCOUNT**



**Sci Hub** @Sci_Hub
В связи с массовым закрытием аккаунтов на днях пишлось ввести ограничения на максимальное количество пользователей, особенно иностраннцев :(
3/22/2013 11:49 PM (UTC -07:00)

*Translation:*



**Sci Hub** @Sci_Hub
Due to the huge amount of accounts that were closed recently we were forced to introduce limits on the maximum number of users, especially foreigners :(
3/22/2013 11:49 PM (UTC -07:00)