**EXHIBIT D – SCI-HUB PROFILE ON COPINY.COM**



# Sci-Hub—Scientific Literature Access Service     technical support

Main          Subjects          People          Community Search          Log in or Register

**Official Persons**

[picture] **Aleksandra**
Founder of the community

**Authorized Persons**

[picture] fizik
authorized person

**Most active users**

| | | | |
|---|---|---|---|
| Alexander M | ★ 62 | kashmiri | |
| deep7 | ★ 47 | RTY | |
| I | ★ 43 | Raimih-1998 | |
| Johan Eliasson | ★ 35 | tyu | |
| Nikolay Karelin | ★ 27 | Rodionov | |

all

Service technical support

Ideas and suggestions from users

[character] community VKontakte
[character] service Skyhub
[character] library Libgen
[character] sign up for news

**Most active users**



**797**   topics

**2618**   responses

**3448**   participants

POWERED BY copiny