**EXHIBIT E – SCI-HUB PROFILE ON VK.COM**

