**EXHIBIT F – VARIOUS POSTS TO @SCI_HUB TWITTER AND VK.COM/SCI_HUB ACCOUNT**

*Dated March 29, 2012*



*Sci Hub* *@Sci_Hub*

*PayPal поддался, закупка прокси прошла успешно. Теперь ассортимент будет потихоньку пополняться. Уже восстановлен один прокси :)*

*3/29/2012 7:47 AM (UTC -07:00)*

*Translation:*



**Sci Hub** @Sci_Hub

PayPal has consented, proxy was successfully bought. Now the assortment will fill in little by little. One proxy has already been restored :)

3/29/2012 7:47 AM (UTC -07:00)

*Dated February 18, 2013*



**Sci Hub** @Sci_Hub

Траффик 18 PDF / минуту + Либген 22 PDF / минуту. Итого: 40 - новый рекорд! Надеюсь, не забанят на прокси

2/18/2013 2:59 AM (UTC -08:00)

*Translation:*



**Sci Hub** @Sci_Hub

Traffic is 18 PDF / minute + LibGen 22 PDF / minute. Total: 40 – a new record! I hope that they don't ban on the proxy

2/18/2013 2:59 AM (UTC -08:00)

*Dated April 25, 2013*



**Sci Hub** @Sci_Hub

Нормальная работа сервиса восстанолена, трафик 67 статей / последние 3 минуты (скачано через прокси - 36, найдено в Либгене - 31)

4/25/2013 12:51 PM (UTC -07:00)

*Translation:*



**Sci Hub** @Sci_Hub

Normal work of the service is restored, traffic is 67 articles / last 3 minutes (downloaded via proxy - 36, found in LibGen - 31)

4/25/2013 12:51 PM (UTC -07:00)

*Dated April 26, 2013*



**Sci Hub** @Sci_Hub

Люди! Кто сможет поднять зеркало для научных статей Либген? Объем данных ~ 12 террабайт (21 млн. статей) Необходимо для стабильной работы

4/26/2013 5:03 AM (UTC -07:00)

*Translation:*



**Sci Hub** @Sci_Hub

People! Who can set up an http mirror for LibGen scientific articles? The volume of data ~ 12 terabytes (21 million articles) necessary to work stably

4/26/2013 5:03 AM (UTC -07:00)

*Dated July 24, 2013*



**Sci Hub** @Sci_Hub

Обновления: улучшен алгоритм автоматического определения DOI статей (для взаимодействия с Либгеном)

7/24/2013 6:54 AM (UTC -07:00)

*Translation:*



**Sci Hub** @Sci_Hub

Update: The algorithm for automatically determining the DOI of articles has been improved (for working with LibGen)

7/24/2013 6:54 AM (UTC -07:00)

*Dated May 31, 2015*



*Translation:*

**Sci-Hub | Open access to scientific information**

Comrades! In this post I'm going to talk about the creator of the Sci-Hub project, that is, about myself. Due to recent events, my identity has become entangled in gossip and rumors, which is why this post is necessary. I'll say right away that I not only created Sci-Hub four years ago, but since that time I have done absolutely all (ninety-eight percent) of the programming work on the site by myself.

My name is Aleksandra Elbakian, I am 26 years old, and I currently live in Russia. However, I was born in Kazakhstan and I graduated college-preparatory school and college with a major in Information Technology with a focus on security. In addition to computer science, I enjoy studying neural sciences. Due to of this, my thesis was on the treatment of electroencephalograms. After graduation, I managed to work abroad as a programmer-researcher in several laboratories.

Even before writing my thesis, I encountered the problem of access to scientific literature. Then I solved it, finding an English-language forum where they disseminated proxies of foreign universities. I donated 50 dollars to them and received access.

When I returned to Kazakhstan I discovered that for political reasons access to LiveJournal was closed. The provider simply would not open the site. So I had to use special anonymizer sites that let you get around blocks: all you had to do was copy the link, paste it on the site and it would open.

For some time I sat in on a forum for students of MolBiol. The big thing about this forum was the section on Full Text. There, anyone who needed to could parse together a query on an article that didn't open, and indicate their address. Any member of the forum who had access to the article could send the full text to the address of the person soliciting it and close the query.

Since I had access to literature since my thesis-writing days, I began to actively help those in need. However, downloading each article manually took a lot of time. Then I decided to set up a university proxy so that people could download articles on their own, but then I encountered a problem: it was difficult for most people to understand how proxies worked, and they preferred the old method. Moreover, proxies with open access didn't survive long. Another difficulty was that it would take quite a while to sort through proxies before locating the one that provided access to an article. Doing this manually was an onerous task.

And so I decided: why not make a site where one could simply post a link to an article and it would automatically open? Right in front of me was an example, in the form of the anonymizer sites that provided access to LiveJournal. The idea turned out to be realizable, and a slew of queries immediately rained down on the site and were successfully handled, and also gratitude. This was on September 5, 2011.

After creating the site the first time, I gave up everything else and worked only on implementing various fixes on it. Subsequently, it began to work in a more or less stable fashion, but I constantly made changes and improvements to the code.

Since this text has turned out to be rather long, I'll write the rest of my story tomorrow. But here I am in the photo. Since some people like to speculate about the level of my intellect, let me tell you: as I already said at the beginning, I am fond of neurobiology and the general principles of thinking. So I have measured my own IQ several times using various tests. The results have varied, but are always above 120.

*Dated June 2, 2015:*



*Translation:*

Sci-Hub | Open access to scientific information replied to Maria Chernysheva

Maria, the Libgen library is being updated with articles uploaded by Sci-Hub. In addition to articles uploaded at the request of users, Sci-Hub itself verifies what articles are still not in the library and will complete uploading them.

Jun 2 at 4:29 am | ♥ 10