**EXHIBIT H – BIOGRAPHY OF ALEXANDRA ELBAKYAN ON LIFEBOAT.COM**

