**EXHIBIT I – LIST OF TWITTER ACCOUNTS @Sci_Hub FOLLOWS**

