**EXHIBIT J – WHOIS RECORDS OF DOMAIN NAMES REGISTERED BY ALEXANDRA ELBAKYAN**

*Sci-Hub.us*

## Whois Record for Sci-Hub.us

### Whois & Quick Stats

| | |
|---|---|
| Email | mindwrapper@gmail.com is associated with ~5 domains |
| Registrant Org | Alexandra Elbakyan is associated with ~3 other domains |
| Dates | Created on 2014-03-23 - Expires on 2015-03-22 - Updated on 2015-03-22 |
| IP Address | 65.19.141.199 - 6,716 other sites hosted on this server |
| IP Location | - California - Los Angeles - Hurricane Electric Inc. |
| ASN | AS6939 HURRICANE - Hurricane Electric, Inc. (registered Jun 28, 1996) |
| Domain Status | Registered And Active Website |
| Whois History | 7 records have been archived since 2014-03-25 |
| IP History | 4 changes on 5 unique IP addresses over 1 years |
| Hosting History | 2 changes on 3 unique name servers over 1 year |
| Whois Server | whois.nic.us |

### Website

| | |
|---|---|
| Website Title | sci-hub.us |
| Response Code | 200 |
| SEO Score | 62% |
| Terms | 15 (Unique: 15, Linked: 0) |
| Images | 1 (Alt tags missing: 1) |
| Links | 0 (Internal: 0, Outbound: 0) |

Whois Record ( last updated on 2015-04-15 )

```
Domain Name:                              SCI-HUB.US
Domain ID:                                D44620246-US
Sponsoring Registrar:                     TODAYNIC.COM, INC.
Sponsoring Registrar IANA ID:             697
Registrar URL (registration services):    whois.todaynic.com
Domain Status:                            clientTransferProhibited
Variant:                                  SCI-HUB.US
Registrant ID:                            TOD-43596077
Registrant Name:                          Alexandra Elbakyan
Registrant Organization:                  Alexandra Elbakyan
Registrant Address1:                      Teslenko, 172
Registrant City:                          Almaty
Registrant State/Province:                ALMATYNSKII
Registrant Postal Code:                   050014
Registrant Country:                       Kazakhstan
Registrant Country Code:                  KZ
Registrant Phone Number:                  +7.7052201883
Registrant Facsimile Number:              +7.7052201883
Registrant Email:                         mindwrapper@gmail.com
Registrant Application Purpose:           P3
Registrant Nexus Category:                C32/KZ
```

*Lib.gen.in*

## Whois Record for Lib.gen.in

### Whois & Quick Stats

| | |
|---|---|
| Email | mindwrapper@gmail.com is associated with ~5 domains |
| Registrant Org | Alexandra Elbakyan is associated with ~3 other domains |
| Dates | Created on 2014-01-14 - Expires on 2016-01-14 - Updated on 2014-12-02 |
| IP Address | 31.184.194.81 is hosted on a dedicated server |
| IP Location | - Saint Petersburg City - Saint Petersburg - Petersburg Internet Network Ltd. |
| ASN | AS44050 PIN-AS Petersburg Internet Network LLC (registered Nov 09, 2007) |
| Whois History | 16 records have been archived since 2014-01-30 |
| Whois Server | whois.inregistry.net |

### Website

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 2015-04-15 )

```
Domain ID:D8045155-AFIN
Domain Name:LIB.GEN.IN
Created On:14-Jan-2014 10:17:19 UTC
Last Updated On:02-Dec-2014 12:48:17 UTC
Expiration Date:14-Jan-2016 10:17:19 UTC
Sponsoring Registrar:Internet.bs Corp. (R111-AFIN)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:INTEsb74od59sxk1
Registrant Name:Alexandra Elbakyan
Registrant Organization:
Registrant Street1:Teslenko
Registrant Street2:
Registrant Street3:
Registrant City:Almaty
Registrant State/Province:
Registrant Postal Code:050014
Registrant Country:KZ
Registrant Phone:+7.7052210883
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: mindwrapper@gmail.com
```