**EXHIBIT K – ALMATY-GUIDE.NAROD.RU PAGE LISTING RENAMED STREETS**



| | |
|---|---|
| Ilich St. | Esenov St. |
| Internatsionalnaya St. | Maulenov St. |
| Kalinin St. | Kabanbai batyr St. |
| Karl Marx St. | Kunaev St. |
| Kavaleriskaya St. | Ashimbaev St. |
| Kazachia St. | Potanin St. |
| Kikhtenko St. | Baikadamov St. |
| Kirov St. | Bogenbai batyr St. |
| Klevernaya St. | Esenberlin St. |
| Komsomolskaya St. | Tole bi St. |
| Kosmonavtov St. | Baitursynov St. |
| Kovalevskaya St. | Tlendiev St. |
| Krasin St. | Valikhanov St. |
| Krasnoarmeiskaya St. | Beisebaev St. |
| Krasnogvardeiski tract | Suyunbai Ave. |
| Kremlevskaya St. | Mailin St. |
| Lenin Ave. | Dostyk Ave. |
| Lenin St. (poselok Alatau) | Ibragimov St. |
| Leningradskaya St. | Goethe St. |
| Leninskaya Smena St. | Akhan Sare St. |
| Lesnaya St. | Omarov St. |
| Lokomotivnaya St. | Aimauytov St. |
| Lunacharski St. | Niyazov St. |
| Lunnaya St. | Bespakov St. |
| Magnitogorskaya St. | Nogaibaev St. |
| Mechnikov St. | Sharipov St. |
| Melnichnaya St. | Kurmangaliev St. |
| Michurin St. | Dosmukhamedov St. |
| Mikoyan St. | Shokal St. |
| Mir St. | Zheltoksan St. |
| Mnogovodnaya St. | Ormanov St. |
| Moris Tores St. | Radostovets St. |
| Obruchev St. | Ryskulbekov St. |
| Octiabrskaya St. | Aiteke bi St. |
| Orjonikidze St. | Nogaibaev St. |
| Ovcharov St. | Hodzhanov St. |
| Paster St. | Makataev St. |
| Petrov St. | Emtsov St. |
| Pionerskaya St. | Maiboroda St. |
| Podgornaya St. | Kasteyev St. |
| Port-Arthur St. | Sadvakasov St. |
| Pravda Ave. | Altynsarin Ave. |
| Proletarskaya St. | Zenkov St. |
| Rovenskaya St. | Kozhabekov St. |
| Roza Luksemburg St. | Kulymbetov St. |
| Rozovaya St. | Ratushni St. |
| Rudnev St. | Brusilovski St. |
| Sedov St. | Torekulov St. |
| Semipalatinskaya St. | Tobayakov St. |
| Sevanskaya St. | Bokeev St. |
| Severnaya St. | Bolterik sheshen St. |
| Slobodskaya St. | Moldagulova St. |
| Sormovskaya St. | Nikolskaya St. |
| Sovetskaya Constitution St. | Bekmakhanov St. |
| Sovetskaya St. | Kazybek bi St. |
| Sportivnaya St. | Sauranbaev St. |
| Talgarskaya St. | Kairbekov St. |
| Teslenko St. | Zhumabaev St. |
| Topolevskaya St. | Bartold St. |
| Tsentralnaya St. | Yasawi St. |
| Tsvetochnaya St. | Serikov St. |
| Universitetskaya St. | Shashkin St. |
| Unyh Communarov | Alimzhanov St. |
| Ushakov St. | Prokofiev St. |
| Varshavskaya St. | Dulatov St. |
| Vinogradov St. | Karasai batyr St. |
| Vostok-3 St. | Yanushkevich St. |
| Vyborgskaya St. | Akhtanov St. |
| XXIII Partsiezd St. | Fizuli St. |
| Zakarpatskaya St. | Akhmetov St. |
| Zapadnaya St. | Eskaraev St. |
| Zavodskaya St. | Elebekov St. |
| Zenkov St. (poselok Gorny Gigant) | Aldar Kose St. |
| Zhdanov St. | Shakarim St. |
| Zheleznovodskaya St. | Akpaev St. |
| Zheleznovodskaya St. | Akpaev St. |
| Zvenigorodskaya St. | Kuderin St. |