UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., and ELSEVIER LTD.,<br><br>      Plaintiffs,<br><br>      v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, and JOHN DOES 1-99,<br><br>      Defendants. | ECF CASE<br><br>CASE NO.: 1:15-cv-04282-RWS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for *Amici Curiae* **Computer & Communications Industry Association and Internet Commerce Coalition.**

I certify that I am admitted to practice in this Court.

Dated:  June 26, 2015

      New York, New York

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

 s/ Brian M. Willen
Brian M. Willen

1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  bwillen@wsgr.com

*Counsel for Amici Curiae Computer & Communications Industry Association and Internet Commerce Coalition*