**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., and ELSEVIER LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, and JOHN DOES 1-99,<br><br>　　　　　Defendants. | ECF CASE<br><br>CASE NO.:  1:15-cv-04282-RWS<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for *Amici Curiae* Computer & Communications Industry Association ("CCIA") and Internet Commerce Coalition ("ICC") (collectively, "*Amici")* state that none of *Amici* have a parent corporation and that no publicly held corporation owns 10% or more of stock of any of the *Amici*.

Dated:  June 26, 2015

　　　　　　　New York, New York　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　　　s/ Brian M. Willen
　　　　　　　　　　　　　　　　　　　　　　　　Brian M. Willen
　　　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 999-5800
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 999-5899
　　　　　　　　　　　　　　　　　　　　　　Email:  bwillen@wsgr.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae Computer &*
　　　　　　　　　　　　　　　　　　　　　　*Communications Industry Association and Internet*
　　　　　　　　　　　　　　　　　　　　　　*Commerce Coalition*