UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SCI-HUB HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99LLC, <br><br> Defendants. | Case No. 15-cv-4282 (RWS) <br><br> **[PROPOSED] ORDER FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |

**IT IS HEREBY ORDERED** that

Motion for leave to file a brief *Amici Curiae* by Computer & Communications Industry Association and Internet Commerce Coalition is hereby **GRANTED.**

Dated: _____ 2015

New York, NY

_____
United States District/Magistrate Judge