UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., and ELSEVIER LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, and JOHN DOES 1-99, <br><br> Defendants. | ECF CASE <br><br> CASE NO.:  1:15-cv-04282-RWS <br><br> **CERTIFICATE OF SERVICE** |

I, Brian M. Willen, hereby certify that I caused a true and correct copy of the following to be filed and served this day as follows:

- **NOTICE OF APPEARANCE OF BRIAN M. WILLEN;**

- **MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION WITH [PROPOSED] AMICUS BRIEF;**

- **RULE 7.1 CORPORATE DISCLOSURE STATEMENT; and**

- **[PROPOSED] ORDER.**

<u>**Via Electronic Mail**</u>

| | |
|---|---|
| sci-hub.org | support@sci-hub.org <br> sci-hub.org@gmail.com |
| libgen.org | 54a8a84d7kaxh3nt@5225bd4d0pi3627q9.whoisprivacycorp.com |
| elibgen.org | libegninfo@yandex.com <br> 54ca64605olgoil9@5225b4d0pi3627q9.whoisprivacycorp.com |
| libgen.info | libgeninfo@yandex.com <br> 54a19036ejtinug6@5225b4d0pi3627q9.whoisprivacycorp.com |
| estrorecollege.org | libgeninfo@yandex.com <br> 54a19036ejtinug6@5225b4d0pi3627q9.whoisprivacycorp.com |

| | |
|---|---|
| bookfi.org | 52e4d617f98mrf0y@5225b4d0pi3627q9.privatewhois.net |
| Alexandra Elbakyan | mindwrapper@gmail.com |

**Via Registered Mail
and Return Receipt
Requested**

| | |
|---|---|
| Alexandra Elbakyan | Zhumabaeva, 172, Almaty, Kazakhstan 050014 |

Dated:  June 26, 2015

    New York, New York

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

    s/ Brian M. Willen
    Brian M. Willen
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  bwillen@wsgr.com

*Counsel for Amici Curiae Computer &
Communications Industry Association and Internet
Commerce Coalition*