UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCI-HUB HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99LLC, )<br>)<br>Defendants. ) | Case No. 15-cv-4282 (RWS)<br><br>[PROPOSED] ORDER FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* |

**IT IS HEREBY ORDERED** that

Motion for leave to file a brief *Amici Curiae* by Computer & Communications Industry Association and Internet Commerce Coalition is hereby **GRANTED**.

Dated: __6.29__ 2015

New York, NY

_____
United States District/Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/15