UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ELSEVIER INC., ELSEVIER B.V., and
ELSEVIER LTD.,

                           Plaintiffs,

                  -v-

WWW.SCI-HUB.ORG, THE LIBRARY
GENESIS PROJECT, d/b/a LIBGEN.ORG,
ALEXANDRA ELBAKYAN, and JOHN
DOES 1-99,

                        Defendants.
-----------------------------------------------------------X

15-CV-4282 (RWS)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 30 2015

RONNIE ABRAMS, United States District Judge:

    On June 18, 2015, Judge Sweet scheduled a preliminary injunction hearing in this action for July 21, 2015, over which I intend to preside as Part One judge in Judge Sweet's absence. The parties are hereby

    ORDERED to participate in a telephone conference with the Court on July 7, 2015 at 4:30 p.m. If possible, Plaintiffs shall call chambers at 212-805-0162 with Defendants on the line. Plaintiffs shall serve Defendants with a copy of this Order and file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    June 30, 2015
             New York, New York

Ronnie Abrams
United States District Judge
Part I