UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.,<br><br>            Plaintiffs,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>            Defendants. | Index No. 15-cv-4282 (RWS) |

**PROOF OF SERVICE**

  I, LEEBA S. BABU, affirm that the following is true and correct:

  1. I am at least 18 years of age and am not a party to the above-captioned action.

  2. On June 25, 2015, in accordance with the instructions contained in the Court's Orders dated June 18, 2015, and June 24, 2015, I served defendant bookfi.org copies of (1) the Complaint in the above-captioned action, (2) the Court's Order, dated June 18, 2015, (3) notice of the Preliminary Injunction Hearing, (4) the Civil Summons issued by the Clerk of Court in the above-captioned action on June 3, 2015, and (5) Russian-language translations of each of the above-mentioned documents by email to 542437c7caakpmkl@5225b4d0pi3627q9.whoisprivacycorp.com.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2015
New York, NY

_____
Leeba S. Babu
99 Park Avenue, Suite 1100
New York, NY 10016

*State of New York*     )
                             )SS:
*County of New York*   )

*On this, the 30th day of June, 2015, before me a notary public, the undersigned officer, personally appeared Leeba Babu, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.*

*In witness hereof, I hereunto set my hand and official seal.*

_____
Notary Public
Jeremy Apple

JEREMY APPLE
Notary Public, State of New York
Registration #02AP6318176
Qualified in New York County
Commission Expires Jan. 20, 2019

2