UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.<br><br>          Plaintiffs,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>          Defendants. | Index No. 15-cv-4282 (RWS) |

## PROOF OF SERVICE

I, LEEBA S. BABU, affirm that the following is true and correct:

1. I am at least 18 years of age and am not a party to the above-captioned action.

2. On June 24, 2015, in accordance with the instructions contained in the Court's Order dated June 18, 2015, I served defendant estrorecollege.org copies of (1) the Complaint in the above-captioned action, (2) the Court's Order, dated June 18, 2015, (3) notice of the Preliminary Injunction Hearing, (4) the Civil Summons issued by the Clerk of Court in the above-captioned action on June 3, 2015, and (5) Russian-language translations of each of the above-mentioned documents by email to 54a19036ejtinug6@5225b4d0pi3627q9.whoisprivacycorp.com.

1

3.      On June 30, 2015, in accordance with the instructions contained in the Court's Order dated June 18, 2015, I served defendant estrorecollege.org copies of (1) the Complaint in the above-captioned action, (2) the Court's Order, dated June 18, 2015, (3) notice of the Preliminary Injunction Hearing, (4) the Civil Summons issued by the Clerk of Court in the above-captioned action on June 3, 2015, and (5) Russian-language translations of each of the above-mentioned documents by email to libgeninfo@yandex.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2015
New York, NY

_____
Leeba S. Babu
99 Park Avenue, Suite 1100
New York, NY 10016

*State of New York*     )
                        )SS:
*County of New York*    )

On this, the __30th__ day of __June__, 20__15__, before me a notary public, the undersigned officer, personally appeared __Leeba Babu__, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

*In witness hereof, I hereunto set my hand and official seal.*

_____
Notary Public
Jeremy Apple

JEREMY APPLE
Notary Public, State of New York
Registration #02AP6318176
Qualified in New York County
Commission Expires Jan. 20, 2019

2