UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD._____Plaintiffs, <br><br> v. <br><br> SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,_____Defendants. | Index No. 15-cv-4282 (RWS) |

**PROOF OF SERVICE**

I, LEEBA S. BABU, affirm that the following is true and correct:

1. I am at least 18 years of age and am not a party to the above-captioned action.

2. On June 25, 2015, in accordance with the instructions contained in the Court's Orders dated June 18, 2015, and June 24, 2015, I served defendant Sci-Hub copies of (1) the Complaint in the above-captioned action, (2) the Court's Order, dated June 18, 2015, (3) notice of the Preliminary Injunction Hearing, (4) the Civil Summons issued by the Clerk of Court in the above-captioned action on June 3, 2015, and (5) Russian-language translations of each of the above-mentioned documents by email to support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com.

1

3. On June 25, 2015, I received notification from my email system that the emails sent to support@sci-hub.org and sci-hub.org@gmail.com had failed permanently.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2015
New York, NY

Leeba S. Babu
99 Park Avenue, Suite 1100
New York, NY 10016

*State of New York* )
                   )SS:
*County of New York* )

On this, the **30th** day of **June**, 20**15**, before me a notary public, the undersigned officer, personally appeared **Leeba Babu**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

*In witness hereof, I hereunto set my hand and official seal.*

_____
Notary Public
Jeremy Apple

JEREMY APPLE
Notary Public, State of New York
Registration #02AP6318176
Qualified in New York County
Commission Expires Jan. 20, 2019

2