UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.,<br><br>          Plaintiffs,<br><br>    v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>          Defendants. | Index No. 15-cv-4282 (RWS) |

## CERTIFICATE OF SERVICE

I, DAVID M. HIRSCHBERG, hereby affirm that on July 1, 2015, I served a true and correct copy of the Court's Order, dated June 30, 2015, in the above-captioned matter (Dkt. 23), in accordance with the procedures set forth in the Courts Orders dated June 18, 2015 (Dkt. 15) and June 25, 2015 (Dkt. 17) on Defendants:

- Sci-Hub by email to support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pi3627q9.whoisprivacycorp.com;

- The Library Genesis Project by email to 54a8a84ays7z9z21@5225b4d0pi3627q9.whoisprivacycorp.com;

- Alexandra Elbakyan by USPS Priority Mail to Zhumabaeva, 172, Almaty, Kazakhstan 050014, and by email to mindwrapper@gmail.com.

1

- Bookfi.org by email to 542437c7caakpmkl@5225b4d0pi3627q9.whoisprivacycorp.com;

- Elibgen.org by email to 54ca64605o1goil9@5225b4d0pi3627q9.whoisprivacycorp.com and libgeninfo@yandex.com;

- Estrorecollege.org by email to 54a19036ejtinug6@5225b4d0pi3627q9.whoisprivacycorp.com and libgeninfo@yandex.com; and

- Libgen.info by email to 54ada35fyv9gp5gt@5225b4d0pi3627q9.whoisprivacycorp.com and libgeninfo@yandex.com.

Dated: July 1, 2015
New York, NY

Respectfully Submitted,

DEVORE & DEMARCO LLP

/s/ David M. Hirschberg
David M. Hirschberg (DH2718)
DeVore & DeMarco LLP
99 Park Avenue, Suite 1100
New York, NY 10016
(212) 922-9499
dmh@devoredemarco.com

*Attorneys for Plaintiffs Elsevier Inc., Elsevier B.V., and Elsevier Ltd.*