UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD. <br><br> Plaintiffs, <br><br> v. <br><br> SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99, <br><br> Defendants. | Index No. 15-cv-4282 (RWS) |

## DECLARATION OF JOSEPH V. DEMARCO IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION

I, JOSEPH V. DEMARCO, declare as follows is true and correct:

1. I submit this affidavit in support of Plaintiffs' application for an order authorizing alternative service of process on defendants and entry of a preliminary injunction.

2. I am a member of the Bar of this Court and a partner of the law firm of DeVore & DeMarco LLP, attorneys for plaintiffs Elsevier Inc., Elsevier B.V., and Elsevier Ltd. (together the "Plaintiffs" or "Elsevier") in this above-referenced matter. My office address is 99 Park Avenue, Suite 1100, New York, New York, 10016.

3. Attached hereto as Exhibit A is a true and correct copy of an article posted to the torrentfreak.com website on June 27, 2015, entitled *"Sci-Hub Tears Down Academia's 'Illegal'*

*Copyright Paywalls*," available at https://torrentfreak.com/sci-hub-tears-down-academias-illegal-copyright-paywalls-150627/

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 7, 2015

_____
Joseph V. DeMarco