

Joseph V. DeMarco
Telephone: 212.922.9499
jvd@devoredemarco.com

July 8, 2015

VIA ECF FILING

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
Room 2203
New York, NY 10007

Re:  *Elsevier v. Sci-hub et al. (15-cv-4282)(RWS)*

Dear Judge Abrams,

On the telephone conference yesterday in the above-captioned matter, the Court inquired as to whether Plaitiffs intended to seek discovery form Defendants in advance of the Preliminary Injunction Hearing, currently scheduled for July 21, 2015, at 11:00 am. After conferring with our Clients, we do not intend to do so and, subject to our review of any opposition papers filed by Defendants next week, see no reason at this time why the Hearing should not proceed as scheduled.

Respectfully,

Joseph V. DeMarco

Copy to:  All Defendants (VIA Service Orders)