USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSEVIER INC., ELSEVIER B.V.,
ELSEVIER LTD.,

                Plaintiffs,

      v.

SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE
LIBRARY GENESIS PROJECT d/b/a
LIBGEN.ORG, ALEXANDRA
ELBAKYAN, JOHN DOES 1-99,

                Defendants.

No. 15-CV-4282 (RWS)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 7, 2015, the Court held a telephone conference in this matter to discuss the preliminary injunction hearing scheduled for July 21, 2015. Defendant Alexandra Elbakyan ("Elbakyan") participated in this telephone conference, although she has not otherwise entered an appearance. During such conference, Elbakyan indicated that she intends to defend this action, but is unable to afford an attorney.

    As soon as possible, Elbakyan shall notify the Court whether she would like it to attempt to locate *pro bono* counsel to represent her in this matter, free of charge. She may do so by e-mailing the Court at Abrams_NYSDChambers@nysd.uscourts.gov and copying Plaintiffs at jvd@devoredemarco.com. (She shall not utilize these e-mails for any other purposes, unless expressly authorized by the Court.) To establish her qualification for *pro bono* counsel, her e-mail should note her current financial condition, including her income from employment and any other sources, as well as any assets and liabilities. The Court's ability to fulfill any such request will

depend on the availability of willing counsel, and the Court cannot assure that it can obtain her representation, only that it will use its best efforts to do so.

If, instead, Elbakyan wishes to proceed *pro se*, or without an attorney, she shall enter an appearance in this action, no later than July 13, 2015, by filing papers in opposition to Plaintiffs' motion for a preliminary injunction. She may file such papers by contacting the Southern District's Pro Se Intake Unit at +1 (212) 805-0175.

All other Defendants are cautioned that a default judgment may be entered against them if they do not appear in or otherwise defend this action. Further, although individuals may appear *pro se*, corporate entities may not do so and must retain counsel or risk default. *See, e.g., Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997).

A second telephone conference in this matter will be held on July 14, 2014 at 4:00 p.m. (EDT), as previously scheduled. At that time, the parties shall jointly call Chambers at +1 (212) 805-0162. Counsel for Plaintiffs shall serve this Order on Defendants by e-mail.

SO ORDERED.

Dated: July 9, 2015
       New York, New York

_____
Ronnie Abrams
United States District Judge, Part I