USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: JUL 15 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSEVIER INC., ELSEVIER B.V.,
ELSEVIER LTD.,

        Plaintiffs,

    v.

SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE
LIBRARY GENESIS PROJECT d/b/a
LIBGEN.ORG, ALEXANDRA
ELBAKYAN, JOHN DOES 1-99,

        Defendants.

No. 15-CV-4282 (RWS)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 14, 2015, the Court held a second telephone conference to discuss the preliminary injunction hearing in this matter, which had been scheduled for July 21, 2015. Defendant Alexandra Elbakyan ("Elbakyan") again participated in this telephone conference, although she has yet to respond to Plaintiffs' motion.

    During the conference, Elbakyan again indicated that she intends to defend this action, but requested additional time in which to retain counsel. Plaintiffs consented to this request, as well as to a corresponding adjournment of the July 21 hearing.

    The July 21 hearing is thus adjourned to September 16, at a time to be determined by Judge Sweet. Counsel for Elbakyan shall enter a notice of appearance no later than August 21, with any opposition papers due no later than August 28. Plaintiffs shall then have until September 9 to file a reply.

    Although Elbakyan has indicated that she does not wish for the Court to assist with the retention of counsel, should her position change, she must notify the Court no later than July 21.

As noted in the Court's prior Order, she may do so by e-mailing the Court at Abrams_NYSDChambers@nysd.uscourts.gov and copying Plaintiffs at jvd@devoredemarco.com. (She shall not utilize these e-mails for any other purposes, unless expressly authorized by the Court.) To establish her qualification for *pro bono* counsel, any such e-mail should note her current financial condition, including her income from employment and any other sources, as well as any assets and liabilities. The Court's ability to fulfill any such request will depend on the availability of willing counsel, and the Court cannot assure that it can obtain her representation, only that it will use its best efforts to do so.

Counsel for Plaintiffs shall serve this Order on Defendants by e-mail.

SO ORDERED.

Dated:   July 15, 2015
         New York, New York

_____
Ronnie Abrams
United States District Judge, Part I