UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

ELSEVIER INC., et al.,

                Plaintiffs,

                                      15 Civ. 4282(RWS)

  - against -

                                            O R D E R

SCI-HUB, et al.,

                Defendants.

------------------------------------------X

**Sweet, D.J.**

       USDC SDNY
       DOCUMENT
       ELECTRONICALLY FILED
       DOC #: _____
       DATE FILED: 8/3/15

      The Plaintiffs' motion for a preliminary injunction will be heard at noon on Wednesday, September 16, 2015 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All motion papers shall be served in accordance with the Honorable Ronnie Abrams' July 15, 2015 Order (Dkt. No. 40).

      It is so ordered.

**New York, NY**
**July 29, 2015**

                                            ROBERT W. SWEET
                                               U.S.D.J.