**EXHIBIT A – JULY 13, 2015 POST TO SCI_HUB VK ACCOUNT**



Sci-Hub | Открытый доступ к научной информации
Я обновила дизайн проекта. Теперь на главной страничке будет рассказываться, что это за проект и за что мы боремся. Дизайн еще дорабатывается и сейчас доступен для русскоязычных пользователей. Зачем это нужно? Причина первая — после общения в группе проекта стало понятно, что многие люди очень неконкретно понимают цели и задачи проекта Sci-Hub. Например, многие думают, что мы боремся за некую «свободу информации».
На самом деле свобода информации — тема очень широкая и неоднозначная. Она включает такие вопросы, как, например, свободную публикацию оскорблений, клеветы, политической пропаганды или порнографических материалов. Свобода распространения научного знания в этом случае — всего лишь частный (и далеко не самый важный) вопрос наравне со всеми другими проблемами. А на первый план выходит борьба с политической цензурой в Интернете.
В отличие от этого, проект Sci-Hub борется в первую очередь за свободное, беспрепятственное и широкомасштабное распространение именно Знаний и научно-образовательной информации, не касаясь других вопросов.
Надеюсь, что благодаря пояснению путаница исчезнет.
Вторая причина: проект работает уже четыре года и за это время нашими усилиями бОльшая часть научных статей была скачана и размещена в библиотеке. Теперь важно добиваться того, чтобы на законодательном уровне работа библиотеки стала абсолютно легальной. Работа по скачиванию статей будет продолжаться, хотя основная часть уже скачана и теперь нужно добиваться ее легализации.

Alexandra Elbakyan
Jul 13, 2015 at 9:23 am | Like ♥ 73

*Translation:*



**Sci-Hub | Open Access to Academic Information**
I've updated the project design. Now on the home page it will say what the project is, and what we are fighting for. We're still finalizing development of the design, and it is now accessible to all Russian-language users. Why was this necessary? First, it became clear after communicating with the group that many people have a very vague understanding of the goals and objectives of the Sci-Hub project. For example, many think that we are fighting for some kind of "freedom of information."
In reality, "freedom of information" is a very broad and ambiguous topic. It includes such issues as the freedom to publish insults, slander, political propaganda, or pornographic material. The freedom to distribute academic knowledge is only part of this matter (and far from the most important part) in comparison with all the other issues. The fight against political censorship on the Internet has become the foremost issue.
In contrast, Sci-Hub is fighting mainly for the free, unrestricted, and large-scale distribution specifically of knowledge and academic/educational information and is not engaged in other issues.
I hope this will clear up any confusion.
Secondly, the project has already been operating for four years now, and through our efforts a great number of academic articles have been uploaded and placed in the library. What's important now is to make the work of the library absolutely legal at the legislative level. We will continue to upload articles, even though most are already uploaded, and now we need to ensure their legalization.

**Alexandra Elbakyan**
Jul 13, 2015, at 9:23 a.m. | Like ♥ 73