**EXHIBIT B – JULY 13, 2015 POST TO SCI_HUB VK ACCOUNT**



*Translation:*



**Sci-Hub | Open Access to Academic Information**

Guys, there's this great site – Google Books! It's great, but greedy – it doesn't show all the pages of a book. But there are whiz kids who know how to get around those restrictions. **Kostyantin Koul Terner Rakhno** is working on that now and looking for people with various levels of experience to work together with him on that. Write him privately.

Jul 13, 2015 at 10:52 am | Like  41