**EXHIBIT D – SCI-HUB.ORG WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

# Whois Record for Sci-Hub.org

## — Whois & Quick Stats

| | |
|---|---|
| Email | 5438063a3qami6...@5225b4d0pi3627q9.whoisprivacycorp.com<br>5438063a4u2pje...@5225b4d0pi3627q9.whoisprivacycorp.com<br>5438063agkq5q1...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~392,084 other domains |
| Dates | Created on 2011-04-16 - Expires on 2017-04-16 - Updated on 2015-07-26 |
| IP Address | 31.184.194.81 - 2 other sites hosted on this server |
| IP Location | - Saint Petersburg City - Saint Petersburg - Public Vlans Of Dc |
| ASN | AS44050 PIN-AS Petersburg Internet Network ltd. (registered Nov 09, 2007) |
| Domain Status | Registered And Active Website |
| Whois History | 268 records have been archived since 2011-09-05 |
| IP History | 16 changes on 16 unique IP addresses over 4 years |
| Hosting History | 6 changes on 7 unique name servers over 4 years |
| Whois Server | whois.pir.org |

## + Website

Whois Record ( last updated on 2015-08-18 )

```
Domain Name:SCI-HUB.ORG
Domain ID: D162049223-LROR
Creation Date: 2011-04-16T10:51:37Z
Updated Date: 2015-07-26T16:09:06Z
Registry Expiry Date: 2017-04-16T10:51:37Z
Sponsoring Registrar:Todaynic.com, Inc. (R1316-LROR)
Sponsoring Registrar IANA ID: 697
WHOIS Server:
Referral URL:
Domain Status: serverTransferProhibited -
- http://www.icann.org/epp#serverTransferProhibited
Registrant ID:INTEm3b38m6nmcnu
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant Street: ****Contact the owner by email only****
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:5438063a3qami6zo@5225b4d0pi3627q9.whoisprivacycorp.com
Admin ID:INTEdeeks74bgx2d
```