**EXHIBIT E – SCI-HUB.ORG SPLASH PAGE**

# SCI-HUB

## a world with free access to knowledge

## a world without ©opyright

The Sci-Hub project works to fight inequality in information access across the world. The goal is to dismantle all barriers to knowledge distribution. Our vision is the world without paywalls, where any piece of knowledge can be accessed freely by any person.

The website works for 4 years by now. Since the project started in 2011, we have distributed tens of millions of research papers for free. And we work to increase these numbers.

All our work is sponsored by user donations. Do you want to contribute into making all knowledge in the world open? Even the smallest donation counts.

There are two ways to donate: you can send donations either to Skrill account mindwraper@gmail.com or to bitcoin wallet: 1K4t2vSBSS2xFjZ6PofYnbgZewjeqbG1TM

The Sci-Hub team.

proceed to the website →