**EXHIBIT F – SCI-HUB.CLUB WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

# Whois Record for Sci-Hub.club

## − Whois & Quick Stats

| | |
|---|---|
| Email | 558dbe40tbsumw...@5225b4d0pi3627q9.whoisprivacycorp.com<br>558dbe41q87v8s...@5225b4d0pi3627q9.whoisprivacycorp.com<br>558dbe4242sxap...@5225b4d0pi3627q9.whoisprivacycorp.com<br>558dbe41o16h3m...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Domain Admin is associated with ~211,722 other domains |
| Dates | Created on 2015-06-26 - Expires on 2016-06-25 - Updated on 2015-06-26 |
| IP Address | 31.184.194.81 - 2 other sites hosted on this server |
| IP Location | - Saint Petersburg City - Saint Petersburg - Public Vlans Of Dc |
| ASN | AS44050 PIN-AS Petersburg Internet Network ltd. (registered Nov 09, 2007) |
| Whois History | 10 records have been archived since 2015-06-26 |
| Whois Server | whois.nic.club |

**+ Website**

## Whois Record ( last updated on 2015-08-18 )

```
Domain Name:                              SCI-HUB.CLUB
Domain ID:                                D1805695-CLUB
Sponsoring Registrar:                     TLD Registrar Solutions Ltd.
Sponsoring Registrar IANA ID:             1564
Registrar URL (registration services):    www.tldregistrarsolutions.com
Domain Status:                            clientTransferProhibited
Registrant ID:                            INTE69X0CORG46NK
Registrant Name:                          Domain Admin
Registrant Organization:                  Whois Privacy Corp.
Registrant Address1:                      Ocean Centre, Montagu Foreshore
Registrant Address2:                      East Bay Street
Registrant City:                          Nassau
Registrant State/Province:                New Providence
Registrant Postal Code:                   0000
Registrant Country:                       Bahamas
Registrant Country Code:                  BS
Registrant Phone Number:                  +44.7546458118
Registrant Email:
558dbe40tbsumwkv@5225b4d0pi3627q9.whoisprivacycorp.com
```