**EXHIBIT G – SCI-HUB.ORG/DONATE**

sci-hub.org/donate

Please donate to Bitcoin: 14ghuGKDAPdEcUQN4zuzGwBUrhQgACwAyA