**EXHIBIT H – APPLIEDSCIENCEFREELIBRARYGUIDE.ORG WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

# Whois Record for AppliedScie...ryGuide.org

## Whois & Quick Stats

| | |
|---|---|
| Email | 558302aa5mu2e3...@5225b4d0pi3627q9.whoisprivacycorp.com<br>558302abe1ljtu...@5225b4d0pi3627q9.whoisprivacycorp.com<br>558302aa4p9vh8...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~392,084 other domains |
| Dates | Created on 2015-06-18 - Expires on 2016-06-18 - Updated on 2015-08-18 |
| IP Address | 5.149.254.115 is hosted on a dedicated server |
| IP Location | - Netherlands - Fortunix Networks L.p. |
| ASN | AS59711 FORTUNIX-AS Fortunix Networks L.P. (registered Oct 03, 2012) |
| Domain Status | Registered And Active Website |
| Whois History | 7 records have been archived since 2015-06-19 |
| IP History | 1 change on 2 unique IP addresses over 0 years |
| Hosting History | 2 changes on 3 unique name servers over 0 year |
| Whois Server | whois.pir.org |

## Website

## Whois Record (last updated on 2015-08-18)

```
Domain Name:APPLIEDSCIENCEFREELIBRARYGUIDE.ORG
Domain ID: D176593862-LROR
Creation Date: 2015-06-18T17:40:59Z
Updated Date: 2015-08-18T03:49:05Z
Registry Expiry Date: 2016-06-18T17:40:59Z
Sponsoring Registrar:TLD Registrar Solutions Ltd. (R2011-LROR)
Sponsoring Registrar IANA ID: 1564
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTE5jhw7xu5lbb3
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:558302aa5mu2e3w2@5225b4d0pi3627q9.whoisprivacycorp.com
Admin ID:INTEp77supen3jp
```