**EXHIBIT J – ELIBGEN.ORG WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

# Whois Record for EliBgEn.org

## Whois & Quick Stats

| | |
|---|---|
| Email | 54ca64605o1goi...@5225b4d0pi3627q9.whoisprivacycorp.com<br>54ca6462a0pb0j...@5225b4d0pi3627q9.whoisprivacycorp.com<br>54ca64607qlykh...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~392,084 other domains |
| Dates | Created on 2015-01-29 - Expires on 2016-01-29 - Updated on 2015-03-31 |
| IP Address | 5.149.249.151 - 3 other sites hosted on this server |
| IP Location | Netherlands - Fortunix Networks L.p. |
| ASN | AS59711 FORTUNIX-AS Fortunix Networks L.P. (registered Oct 03, 2012) |
| Domain Status | Registered And Active Website |
| Whois History | 20 records have been archived since 2015-01-30 |
| IP History | 2 changes on 3 unique IP addresses over 0 years |
| Hosting History | 1 change on 2 unique name servers over 0 year |
| Whois Server | whois.pir.org |

## Website

**Whois Record** ( last updated on 2015-08-18 )

```
Domain Name:ELIBGEN.ORG
Domain ID: D175172277-LROR
Creation Date: 2015-01-29T16:48:36Z
Updated Date: 2015-03-31T03:47:10Z
Registry Expiry Date: 2016-01-29T16:48:36Z
Sponsoring Registrar:TLD Registrar Solutions Ltd. (R2011-LROR)
Sponsoring Registrar IANA ID: 1564
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTEplvw8otvarv4
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:54ca64605o1goil9@5225b4d0pi3627q9.whoisprivacycorp.com
```