**EXHIBIT K – LIBGEN.INFO WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

# Whois Record for LibGen.info

## Whois & Quick Stats

| | |
|---|---|
| Email | 54ada35fyv9gp5...@5225b4d0pi3627q9.whoisprivacycorp.com<br>54ada361p8xkc6...@5225b4d0pi3627q9.whoisprivacycorp.com<br>54ada360n9ue06...@5225b4d0pi3627q9.whoisprivacycorp.com<br>54ada35fmvorqb...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~392,084 other domains |
| Dates | Created on 2011-06-21 - Expires on 2016-06-21 - Updated on 2015-03-09 |
| IP Address | 5.149.249.151 - 3 other sites hosted on this server |
| IP Location | - Netherlands - Fortunix Networks L.p. |
| ASN | AS59711 FORTUNIX-AS Fortunix Networks L.P. (registered Oct 03, 2012) |
| Domain Status | Registered And Active Website |
| Whois History | 169 records have been archived since 2011-06-22 |
| IP History | 43 changes on 16 unique IP addresses over 4 years |
| Hosting History | 6 changes on 4 unique name servers over 4 years |
| Whois Server | whois.afilias.net |

\+ Website

Whois Record ( last updated on 2015-08-18 )

```
Domain Name:LIBGEN.INFO
Domain ID: D38527522-LRMS
Creation Date: 2011-06-21T17:43:32Z
Updated Date: 2015-03-09T20:45:11Z
Registry Expiry Date: 2016-06-21T17:43:32Z
Sponsoring Registrar:TLD Registrar Solutions Ltd. (R724-LRMS)
Sponsoring Registrar IANA ID: 1564
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTE3kkimw4bpsqb
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:54ada35fyv9gp5gt@5225b4d0pi3627q9.whoisprivacycorp.com
Admin ID:INTEp33xktw11q?w
```