**EXHIBIT L – BOOKFI.ORG WHOIS RECORD (RETRIEVED AUGUST 18, 2015)**

## Whois Record for BookFi.org

### Whois & Quick Stats

| | |
|---|---|
| Email | 542437c7caakpm...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 542437c773jlep...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 542437c7p3c0ur...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~392,084 other domains |
| Dates | Created on 2011-01-07 - Expires on 2016-01-07 - Updated on 2014-12-11 |
| IP Address | 104.28.12.85 - 380 other sites hosted on this server |
| IP Location | - Arizona - Phoenix - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET - CloudFlare, Inc. (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 456 records have been archived since 2011-01-08 |
| IP History | 35 changes on 28 unique IP addresses over 4 years |
| Hosting History | 11 changes on 6 unique name servers over 4 years |
| Whois Server | whois.pir.org |

### Website

### Whois Record ( last updated on 2015-08-18 )

```
Domain Name:BOOKFI.ORG
Domain ID: D161142448-LROR
Creation Date: 2011-01-07T20:43:54Z
Updated Date: 2014-12-11T12:46:40Z
Registry Expiry Date: 2016-01-07T20:43:54Z
Sponsoring Registrar:Internet.bs Corp. (R1601-LROR)
Sponsoring Registrar IANA ID: 814
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTEt473lzige99z
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:542437c7caakpmkl@5225b4d0pi3627q9.whoisprivacycorp.com
```