**EXHIBIT M – APPLIEDSCIENCEFREELIBRARYGUIDE.ORG HOMEPAGE**

