

Joseph V. DeMarco
Telephone: 212.922.9499
jvd@devoredemarco.com

October 9, 2015

VIA ECF

Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

    Re:  *Elsevier, Inc., et al. v. Sci-Hub, et al.*, 15-cv-4282 (RWS)

Dear Judge Sweet,

    We are counsel to Elsevier Inc., Elsevier B.V., and Elsevier Ltd. ("Elsevier") in the above-captioned action. As Your Honor is aware, Elsevier's Motion for a Preliminary Injunction is currently pending. We therefore respectfully request that the pre-trial conference scheduled for Wednesday, October 14, 2015, at 4:00 p.m. be adjourned *sine die*.

                                  Respectfully submitted,

                                    Joseph V. DeMarco

Cc: All Defendants by means authorized by Court Order

99 Park Avenue, Suite 1100  New York, New York  10016  Telephone: 212.922.9499  Fax: 212.922.1799
www.devoredemarco.com