

DEVORE &
DeMARCO LLP
ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/15

Joseph V. DeMarco
Telephone. 212.922.9499
jvd@devoredemarco.com

RECEIVED
October 9, 2015

JUDGE SWEET CHAMBERS

VIA ECF

Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: *Elsevier, Inc., et al. v. Sci-Hub, et al.,* 15-cv-4282 (RWS)

Dear Judge Sweet,

We are counsel to Elsevier Inc., Elsevier B.V., and Elsevier Ltd. ("Elsevier") in the above-captioned action. As Your Honor is aware, Elsevier's Motion for a Preliminary Injunction is currently pending. We therefore respectfully request that the pre-trial conference scheduled for Wednesday, October 14, 2015, at 4:00 p.m. be adjourned *sine die*.

Respectfully submitted,

Joseph V. DeMarco

Cc: All Defendants by means authorized by Court Order

So ordered
Sweet
USDJ
10.13.15

99 Park Avenue, Suite 1100 New York, New York 10016  Telephone. 212.922.9499  Fax: 212.922 1799
www.devoredemarco.com