UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Elsevier, Inc,

-v.-

Sci-Hub, et al

15 civ. 4282 (RWS)

------------------------------------------------------------------X

Please be advised that the conference scheduled

for __3-17-16__ has been rescheduled to __4-27-16__ at __4 pm__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3/15/16

ROBERT W. SWEET
United States District Judge

DOC #
DATE FILED: 3/15/16