```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Elsevier Inc,

    -v.-

Sci-Hub
---------------------------------------------------------------X

15 Civ. 4282 (RWS)

Please be advised that the conference scheduled for 4/27/16 has been rescheduled to 9/7/16 at 4:00pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/14/16

ROBERT W. SWEET
United States District Judge