UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Elsevier, Inc,

   -v.-

Sci-Hub

----------------------------------------------------------X

15 Civ. 4282 (RWS)

Please be advised that the conference scheduled for 9/7/16 has been rescheduled to 10/24/16 @ 10AM in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
9-6-6

ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/16