**EXHIBIT A – Golibgen.io Homepage (retreived September 8, 2016)**

