**EXHIBIT B – Libgen.org WHOIS Record (retreived August 15, 2015)**

# Whois Record for LibGen.org

## Whois & Quick Stats

| | |
|---|---|
| Email | 54a8a84ays7z9z...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 54a8a84d7kaxh3...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 54a8a84baktx64...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~384,431 other domains |
| Dates | Created on 2012-07-06 - Expires on 2016-07-06 - Updated on 2015-03-06 |
| IP Address | 173.245.48.1 is hosted on a dedicated server |
| IP Location | - California - San Francisco - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET - CloudFlare, Inc. (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 708 records have been archived since 2010-04-13 |
| IP History | 56 changes on 53 unique IP addresses over 5 years |
| Hosting History | 6 changes on 6 unique name servers over 5 years |
| Whois Server | whois.pir.org |

+ Website

## Whois Record ( last updated on 2015-07-29 )

```
Domain Name:LIBGEN.ORG
Domain ID: D166005975-LROR
Creation Date: 2012-07-06T05:54:21Z
Updated Date: 2015-03-06T00:20:15Z
Registry Expiry Date: 2016-07-06T05:54:21Z
Sponsoring Registrar:TLD Registrar Solutions Ltd. (R2011-LROR)
Sponsoring Registrar IANA ID: 1564
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Registrant ID:INTEb9h9leewtg1s
Registrant Name:Domain Admin
Registrant Organization:Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
Registrant City:Nassau
Registrant State/Province:New Providence
Registrant Postal Code:0000
Registrant Country:BS
Registrant Phone:+44.7546458118
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:54a8a84ays7z9z21@5225b4d0pi3627q9.whoisprivacycorp.com
Admin ID:INTE5fvt4sqxqmtu
```