**EXHIBIT D – How Does CloudFlare Work? (excerpt - retreived September 8, 2016)**



CloudFlare Support > Getting Started > CloudFlare 101
> Step 1: How does CloudFlare work?

## Step 1: How does CloudFlare work?



Allen Lai    August 07, 2016 17:13

## The Short Answer

CloudFlare protects and accelerates any website online. Once your website is a part of the CloudFlare community, its web traffic is routed through our intelligent global network. We automatically optimize the delivery of your web pages so your visitors get the fastest page load times and best performance. We also block threats and limit abusive bots and crawlers from wasting your bandwidth and server resources. The result: CloudFlare-powered websites see a significant improvement in performance and a decrease in spam and other attacks.



CloudFlare's system gets faster and smarter as our community of users grows larger. We have designed the system to scale with our goal in mind: helping power and protect the entire Internet.

CloudFlare can be used by anyone with a website and their own domain, regardless of your choice in platform. From start to finish, setup takes most website owners less than 5 minutes. Adding your website requires only a simple change to your domain's DNS settings. There is no hardware or software to install or maintain and you do not need to change any of your site's existing code. If you are ever unhappy you can turn CloudFlare off as easily as you turned it on. Our core service is free and we offer enhanced services for websites who need extra features like real time reporting or SSL.