**EXHIBIT E – CloudFlare Abuse Form Error Message - retreived September 8, 2016)**

