```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------X

ELSEVIER INC., ET AL.,

                    Plaintiffs,

    - against -

SCI-HUB d/b/a WWW.SCI-HUB.ORG, ET AL.,

                    Defendants.

-------------------------------------------X

15 Civ. 4282 (RWS)

O R D E R

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/16
```

**Sweet, D.J.**

    The Plaintiffs' motion for leave to take expedited discovery, dated September 14, 2016, shall be heard at noon on Thursday, September 29, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**September 16, 2016**

                              ROBERT W. SWEET
                                  U.S.D.J.