```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

ELSEVIER INC., ET AL.,

                    Plaintiffs,
                                              15 Civ. 4282 (RWS)
    - against -
                                              O R D E R

SCI-HUB d/b/a WWW.SCI-HUB.ORG, ET AL.,

                    Defendants.
------------------------------------------X
```

**Sweet, D.J.**

The Plaintiffs' motion for leave to take expedited discovery, dated September 14, 2016, shall be heard at noon on Thursday, October 20, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

**New York, NY**
**September 29, 2016**

                                      ROBERT W. SWEET
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/16