# EXHIBIT H



INTERNATIONAL RESEARCH GROUP


UNITED STATES
POSTAL SERVICE

July 2, 2015

Case Number: DE3263754

JOSEPH DEMARCO
DEVORE AND DEMARCO
99 PARK AVE RM 1100
NEW YORK, NY  10016-1601  UNITED STATES

Dear Customer:

This is in further response to the inquiry you recently filed on an international express mail - merchandise parcel with indemnity, article number EZ088253015US, which you sent to KAZAKHSTAN.

The FA has sent an inquiry letting us know this item is being held because it has a bad address and they cannot deliver. Please send us a corrected address and phone no. so that it can be delivered.

The postal service of KAZAKHSTAN has requested that we provide them with the exact address to which this article was sent.  On the bottom portion of this letter, please write the name and address to which this article was sent exactly as it appeared on the piece of mail.  We will send this information to the postal service of KAZAKHSTAN so they may continue processing your inquiry.

A self-addressed envelope which requires no postage is enclosed for your convenience or you may call 1-800-222-1811 to provide this information.  Please use the assigned case number listed above when you contact us.

Sincerely,
International Inquiry Center

---

CUSTOMER REPLY

Address as it appeared on the article mailed:

---

INTERNATIONAL RESEARCH GROUP
UNITED STATES POSTAL SERVICE
P.O. BOX 512318
LOS ANGELES, CA  90051-0318
TEL:  1-800-222-1811
FAX:  323-586-4363
      323-586-4368

535