UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>Defendants. | Index No. 15-cv-4282 (RWS)<br><br>**ELSEVIER'S APPLICATION FOR AN ORDER TO SHOW CAUSE FOR PERMANENT INJUNCTION AND DEFAULT JUDGMENT** |

Plaintiffs Elsevier Inc., Elsevier B.V., and Elsevier Ltd. (collectively "Elsevier"), by their attorneys DeVore & DeMarco LLP, hereby do apply for an order to show cause why default judgment should not be entered against and a permanent injunction should not issue against Defendants Alexandra Elbakyan, Sci-Hub d/b/a www.Sci-hub.org, The Library Genesis Project d/b/a Libgen.org, and the John Doe operators of the websites Libgen.info, Elibgen.org, Estrorecollege.org, Bookfi.org, and Bookfi.net, pursuant to Fed. R. Civ. P. 55(b).

Good cause exists for the requested relief. As set forth in Elsevier's memorandum of law in support of this Application, Defendants have engaged in activities constituting unlawful access to, use, reproduction, and distribution of Elsevier's copyrighted works, and have continued to do so notwithstanding this Court's order enjoining them from doing so. Defendants' unlawful activities have caused and will continue to cause irreparable injury to Elsevier, its customers, and the public.

Elsevier's Application is based upon the accompanying Memorandum of Law, the Declarations of Anthony Woltermann, Paul F. Doda, and Joseph V. DeMarco, and the exhibits

1

attached thereto; the pleadings on file in this action; and such argument and evidence as may be presented at or before the hearing on this Application.

WHEREFORE Elsevier respectfully requests this Court grant its Application. Elsevier further respectfully requests oral argument on this motion to be set by the Court.

Dated: New York, New York
        May 16, 2017

Respectfully submitted,

DEVORE & DEMARCO LLP

By:    /s/ Joseph V. DeMarco
       Joseph V. DeMarco (JD3499)
       David M. Hirschberg
       99 Park Avenue – Suite 1100
       New York, New York 10016
       (212) 922-9499
       jvd@devoredemarco.com

*Attorneys for Plaintiff Elsevier Inc., Elsevier B.V., and Elsevier Ltd.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,<br><br>Defendants. | Index No. 15-cv-4282 (RWS)<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs Elsevier Inc., Elsevier B.V., and Elsevier Ltd. (collectively "Elsevier"), having moved the Court for Default Judgment and Permanent Injunction Against Defendants Alexandra Elbakyan, Sci-Hub d/b/a www.Sci-hub.org, The Library Genesis Project d/b/a Libgen.org, and the John Doe operators of the websites Libgen.info, Elibgen.org, Estrorecollege.org, Bookfi.org, and Bookfi.net; and

The Clerk of Court having entered default against all Defendants on February 16, 2017;

**IT IS HEREBY ORDERED** that Defendants show cause before this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____, at _____ o'clock in the _____noon thereof, why the attached Default Judgement and Permanent Injunction should not be entered against Defendants; and

**IT IS FURTHER ORDERED** that Plaintiffs shall within __ business days serve this Order to Show Cause and supporting papers on Defendants by email at the addresses specified in this Court's Order dated June 18, 2015.

3

**SO ORDERED** this _____ day of _____, 2017.

_____
The Honorable Robert W. Sweet
United States District Judge