Exhibit A - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen

|  | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 1 | 10.1016/j.actpsy.2015.05.014 | Acta Psychologica | Proficiency and Sentence Constraint Effects on Second Language Word Learning | TX0008138204 |
| 2 | 10.1016/j.agwat.2015.08.001 | Agricultural Water Management | Enhancement of nitrate removal in constructed wetlands utilizing a combined autotrophic and heterotrophic denitrification technology for treating hydroponic wastewater containing high nitrate and low organic carbon concentrations | TX0008149250 |
| 3 | 10.1016/j.apgeog.2015.03.016 | Applied Geography | Using Simulated Data to Investigate the Spatial Patterns of Obesity Prevalence at the Census Tract Level in Metropolitan Detroit | TX0008128130 |
| 4 | 10.1016/j.apsusc.2015.05.178 | Applied Surface Science | Microwave-assisted Aqueous Synthesis of Transition Metal Ions Doped ZnSe/ZnS Core/Shell Quantum Dots with Tunable White-Light Emission | TX0008161612 |
| 5 | 10.1016/j.bej.2015.04.006 | Biochemical Engineering Journal | FREE SURFACE OXYGEN TRANSFER IN LARGE ASPECT RATIO UNBAFFLED BIO-REACTORS, WITH OR WITHOUT DRAFT-TUBE | TX0008119974 |
| 6 | 10.1016/j.cattod.2014.03.074 | Catalysis Today | Immobilization of Pd(II) on MOFs as a Highly Active Heterogeneous Catalyst for Suzuki-Miyaura and Ullmann-Type Coupling Reactions | TX0008051074 |
| 7 | 10.1016/j.enbuild.2015.09.037 | Energy & Buildings | Energy efficiency and thermal behaviour of attached sunspaces, in the residential architecture in Spain. Summer (II) | TX0008179448 |
| 8 | 10.1016/j.engappai.2013.04.008 | Engineering Applications of Artificial Intelligence | Evaluation of a Set of New ORF Kernel Functions of SVM for Speech Recognition | TX0007949003 |
| 9 | 10.1016/j.eswa.2015.07.061 | Expert Systems With Applications | An Integrated Fuzzy AHP and Fuzzy MOORA Approach to The Problem of Industrial Engineering Sector Choosing | TX0008149208 |
| 10 | 10.1016/j.ibiod.2015.02.019 | International Biodeterioration & Biodegradation | Simultaneous biological nitrogen and phosphorus removal with a sequencing batch reactor-biofilm system | TX0008127326 |

Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen

|  | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 11 | 10.1016/j.ijsolstr.2015.08.002 | International Journal of Solids and Structures | Variational Asymptotic Analysis for Plates of Variable Thickness | TX0008297282 |
| 12 | 10.1016/j.jallcom.2015.05.083 | Journal of Alloys and Compounds | Structural and optical properties of alloyed quaternary CdSeTeS core and CdSeTeS/ZnS core-shell quantum dots | TX0008150225 |
| 13 | 10.1016/j.jbankfin.2015.01.013 | Journal of Banking and Finance | OIL PRICES, US STOCK RETURN, AND THE DEPENDENCE BETWEEN THEIR QUANTILES | TX0008097541 |
| 14 | 10.1016/j.jcis.2007.03.070 | Journal of Colloid And Interface Science | Temperature effects on the surface acidity properties of zirconium diphosphate | TX0006628143 |
| 15 | 10.1016/j.jcis.2008.03.041 | Journal of Colloid And Interface Science | Surface Complexation Modelling of Uranium (VI) Sorbed onto Zirconium Oxophosphate versus Temperature: Thermodynamic and Structural Approaches | TX0006661631 |
| 16 | 10.1016/j.jfluidstructs.2013.09.018 | Journal of Fluids and Structures | Effect of Multiple Engine Placement on Aeroelastic Trim and Stability of Flying Wing Aircraft | TX0007960416 |
| 17 | 10.1016/j.jfluidstructs.2013.09.020 | Journal of Fluids and Structures | Passive Morphing of Flying Wing Aircraft - Z-Shaped Configuration | TX0007960416 |
| 18 | 10.1016/j.jfluidstructs.2015.06.017 | Journal of Fluids and Structures | Treatment of hydroelastic impact of flexible wedges | TX0008288252 |
| 19 | 10.1016/j.jmbbm.2015.08.043 | Journal of the Mechanical Behavior of Biomedical Materials | The Surface Grafting of Graphene Oxide with Poly(ethylene glycol) as a Reinforcement for Poly(lactic acid) Nanocomposite Scaffolds for Potential Tissue Engineering Applications | TX0008202064 |
| 20 | 10.1016/j.jmmm.2015.02.045 | Journal of Magnetism and Magnetic Materials | Magnetic Relaxation Behavior in the Bi2Sr2Ca2Cu3-xMoxO10+ System Fabricated by Glass-Ceramic Technique | TX0008083208 |
| 21 | 10.1016/j.jphotobiol.2015.05.018 | Journal of Photochemistry & Photobiology, B: Biology | Preparation and characterization of injectable Mitoxantrone Poly (lactic acid)/ Fullerene implants for in vivo chemo-photodynamic therapy | TX0008160383 |
| 22 | 10.1016/j.jpowsour.2013.09.100 | Journal of Power Sources | Oxidation study of coated Crofer 22 APU steel in dry oxygen | TX0007958470 |

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 23 | 10.1016/j.jvlc.2014.08.002 | Journal of Visual Languages and Computing | Design, Realization and User Evaluation of the SmartVortex Visual Query System for Accessing Data Streams in Industrial Engineering Applications | TX0008022208 |
| 24 | 10.1016/j.matdes.2014.08.042 | Materials and Design | Critical Materials from a Product Design perspective | TX0008007437 |
| 25 | 10.1016/j.measurement.2014.06.001 | Measurement | Indirect Measure of Shale Shear Strength Parameters by Means of Rock Index Tests through an Optimized Artificial Neural Network | TX0007979838 |
| 26 | 10.1016/j.memsci.2013.04.034 | Journal of Membrane Science | Separation of butanol from ABE mixtures by sweep gas pervaporation using a supported gelled ionic liquid membrane: analysis of transport phenomena and selectivity | TX0007793759 |
| 27 | 10.1016/j.nut.2013.09.007 | Nutrition | Probiotic supplementation improves inflammatory status in rheumatoid arthritis patients | TX0007971966 |
| 28 | 10.1016/j.oceaneng.2013.11.021 | Ocean Engineering | Numerical simulation of water impact of solid bodies with vertical and oblique entries | TX0007969427 |
| 29 | 10.1016/j.optmat.2015.05.024 | Optical Materials | Optical properties of water-soluble L-cysteine-capped alloyed CdSeS quantum dot passivated with ZnSeTe and ZnSeTe/ZnS shells | TX0008097525 |
| 30 | 10.1016/j.pep.2007.12.005 | Protein Expression and Purification | High-level expression, purification and characterization of recombinant Aspergillus oryzae alkaline protease in Pichia pastoris | TX0006679818 |
| 31 | 10.1016/j.poly.2013.11.038 | Polyhedron | Synthesis, Structural Characterization and Application of a 2D Coordination Polymer of Mn-terephthalate as a Heterogeneous Catalyst for Olefin Oxidation | TX0007939399 |
| 32 | 10.1016/j.powtec.2013.04.029 | Powder Technology | Physical characterization of sweet sorghum bagasse, tobacco residue, soy hull and fiber sorghum bagasse particles: density, particle size and shape distributions | TX0007783613 |
| 33 | 10.1016/j.powtec.2013.11.035 | Powder Technology | Characterization method of average gas-solid drag for regular and irregular particle groups | TX0007946832 |

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 34 | 10.1016/j.synthmet.2015.04.015 | Synthetic Metals | Synthesis and photophysical properties of nanocomposites of aluminum tetrasulfonated phthalocyanine covalently linked to glutathione capped CdTe/CdS/ZnS quantum dots | TX0008175155 |
| 35 | 10.1016/j.tetlet.2013.04.043 | Tetrahedron Letters | Multiple phosphate-linked nucleotide couplings via 5' silyl ether protection in the phosphite triester and phosphoramidite approaches | TX0007924784 |
| 36 | 10.1016/j.tsf.2015.07.023 | Thin Solid Films | Effect of Co deposition on oxidation behavior and electrical properties of ferritic steel for solid oxide fuel cell interconnects | TX0008172249 |
| 37 | 10.1016/j.watres.2015.05.010 | Water Research | Determination of the external mass transfer coefficient and influence of mixing intensity in moving bed biofilm reactors for wastewater treatment | TX0008128565 |
| 38 | 10.1016/j.ympev.2015.07.026 | Molecular Phylogenetics and Evolution | ddRAD-seq phylogenetics based on nucleotide, indel, and presence-absence polymorphisms: analyses of two avian genera with contrasting histories | TX0008203790 |
| 39 | 10.1016/j.urolonc.2015.02.009 | Urologic Oncology: Seminars and Original Investigations | Next Generation Sequencing technology in prostate cancer diagnosis, prognosis and personalized treatment | TX0008134478 |
| 40 | 10.1016/j.ijpharm.2014.12.057 | International Journal of Pharmaceutics | Lactoferrin- and antitransferrin-modified liposomes for brain targeting of the NK3 receptor agonist senktide: preparation and in vivo evaluation. | TX0008035192 |
| 41 | 10.1016/j.cellsig.2015.10.015 | Cellular Signalling | Gene expression profiling reveals the role of RIG1 like receptor signaling in p53 dependent apoptosis induced by PUVA in keratinocytes | TX0008160408 |
| 42 | 10.1016/j.clgc.2013.07.004 | Clinical Genitourinary Cancer | Considerations for the design of future clinical trials in metastatic renal cell carcinoma | TX0008102812 |

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 43 | 10.1016/j.finel.2015.07.001 | Finite Elements in Analysis & Design | Method for the explicit insertion of microstructure in Cellular Automata Finite Element (CAFE) models based on an irregular tetrahedral Finite Element mesh: Application in a multi-scale Finite Element Microstructure MEshfree framework (FEMME). | TX0008179438 |
| 44 | 10.1016/j.ibusrev.2014.11.006 | International Business Review | How do marketing, research and development capabilities, and degree of internationalization synergistically affect the innovation performance of small and medium-sized enterprises (SMEs)? A panel data study of Chinese SMEs | TX0008128432 |
| 45 | 10.1016/j.cca.2013.09.017 | Clinica Chimica Acta | Molecular characterization of 7 new alpha-1 anti-trypsin (A1AT) variants including two with an associated deficient phenotype | TX0007948394 |
| 46 | 10.1016/j.adiac.2013.03.007 | Advances in Accounting | AIA submission: CEO overconfidence and the incidence of financial restatement | TX0007929923 |
| 47 | 10.1016/j.ab.2015.09.020 | Analytical Biochemistry | Specific determination of influenza H7N2 virus based on biotinylated single-domain antibody from a phage-displayed library | TX0008280730 |
| 48 | 10.1016/j.acha.2014.06.006 | Applied and Computational Harmonic Analysis | Representation of functions on big data: Graphs and trees | TX0008120874 |
| 49 | 10.1016/j.ins.2015.03.027 | Information Sciences | Re-Stream: Real-time and energy-efficient resource scheduling in big data stream computing environments | TX0008117867 |
| 50 | 10.1016/j.ins.2015.02.033 | Information Sciences | Universal designated verifier transitive signatures for graph-based big data | TX0008117869 |
| 51 | 10.1016/j.ijpe.2014.12.034 | International Journal of Production Economics | Harvesting big data to enhance supply chain innovation capabilities: An analytic infrastructure based on deduction graph | TX0008099658 |
| 52 | 10.1016/j.scriptamat.2015.10.011 | Scripta Materialia | In situ transmission electron microscopy mechanical deformation and fracture of a silver nanowire | TX0008257187 |
| 53 | 10.1016/j.epsl.2015.04.002 | Earth and Planetary Science Letters | Recording the transition from flare-up to steady-state arc magmatism at the Purico–Chascon volcanic complex, northern Chile | TX0008074719 |

Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 54 | 10.1016/j.jvb.2015.03.003 | Journal of Vocational Behavior | The incremental validity of organizational commitment, organizational trust, and organizational identification | TX0008093319 |
| 55 | 10.1016/j.wear.2015.11.004 | Wear | Role of the friction layer in the high-temperature pin-on-disc study of a brake material | TX0008202671 |
| 56 | 10.1016/j.bej.2015.10.027 | Biochemical Engineering Journal | Optimization denitrifying phosphorus removal at different hydraulic retention times in a novel anaerobic anoxic oxic-biological contact oxidation process | TX0008179313 |
| 57 | 10.1016/j.engfailanal.2015.10.002 | Engineering Failure Analysis | A study of the wear damage on gas turbine blades | TX0008298593 |
| 58 | 10.1016/j.biortech.2015.07.090 | Bioresource Technology | Nitrogen removal performance and microbial distribution in pilot- and full-scale integrated fixed-biofilm activated sludge reactors based on nitritation-anammox process | TX0008151125 |
| 59 | 10.1016/j.watres.2015.08.019 | Water Research | Treatment of oil sands process-affected water (OSPW) using ozonation combined with integrated fixed-film activated sludge (IFAS) | TX0008148980 |
| 60 | 10.1016/j.renene.2014.11.004 | Renewable Energy | Experimental and theoretical analysis of the stress–strain state of anisotropic multilayer composite panels for wind turbine blade | TX0008093379 |
| 61 | 10.1016/j.ijheatfluidflow.2015.09.001 | International Journal of Heat and Fluid Flow | An experimental and computational study of tip clearance effects on a transonic turbine stage | TX0008205108 |
| 62 | 10.1016/j.jeurceramsoc.2014.05.016 | Journal of the European Ceramic Society | High temperature internal friction measurements of 3YTZP zirconia polycrystals. High temperature background and creep | TX0008043665 |
| 63 | 10.1016/j.triboint.2014.03.010 | Tribology International | Effects of compressive stresses on torsional fatigue | TX0008033755 |
| 64 | 10.1016/j.triboint.2014.09.016 | Tribology International | Nonlinear dynamic analysis of rotary seal ring considering creep rotation | TX0008012243 |

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 65 | 10.1016/j.apenergy.2014.12.055 | Applied Energy | Theoretical modeling and experimental investigations for the improvement of the mechanical efficiency in sliding vane rotary compressors | TX0008102189 |
| 66 | 10.1016/j.applthermaleng.2015.07.021 | Applied Thermal Engineering | Thermal deformation prediction based on the temperature distribution of the rotor in rotary air-preheater | TX0008203511 |
| 67 | 10.1016/j.surg.2015.09.016 | Surgery | Clinical predictors of prolonged postresection hypotension after laparoscopic adrenalectomy for pheochromocytoma | TX0008263392 |
| 68 | 10.1016/j.respol.2014.12.008 | Research Policy | Understanding the emergence of new science and technology policies: Policy entrepreneurship, agenda setting and the development of the European Framework Programme | TX0008117570 |
| 69 | 10.1016/j.eurpolymj.2014.07.016 | European Polymer Journal | Monotonic loading and fatigue response of a bio-based polyamide PA11 and a petrol-based polyamide PA12 manufactured by selective laser sintering | TX0008042007 |
| 70 | 10.1016/j.eurpolymj.2014.08.004 | European Polymer Journal | Morphology of polymeric powders in Laser Sintering (LS): From Polyamide to new PEEK powders | TX0008042007 |
| 71 | 10.1016/j.eurpolymj.2014.04.004 | European Polymer Journal | In situ polymerised polyamide 6/sepiolite nanocomposites: Effect of different interphases | TX0008001090 |
| 72 | 10.1016/j.jprot.2015.05.035 | Journal of Proteomics | Venomics of the beaked sea snake, Hydrophis schistosus: A minimalist toxin arsenal and its cross-neutralization by heterologous antivenoms | TX0008127052 |
| 73 | 10.1016/j.jaridenv.2014.04.010 | Journal of Arid Environments | Snake bites in the Arabian Peninsula, a review article | TX0008007267 |
| 74 | 10.1016/j.toxicon.2014.08.063 | Toxicon | Ten years of snakebites in Iran | TX0008057768 |
| 75 | 10.1016/j.jembe.2015.07.011 | Journal of Experimental Marine Biology and Ecology | Effects of environmental variables on the movement and space use of coastal sea snakes over multiple temporal scales | TX0008211358 |

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 76 | 10.1016/j.nbd.2014.07.014 | Neurobiology of Disease | VPS35 dysfunction impairs lysosomal degradation of α-synuclein and exacerbates neurotoxicity in a Drosophila model of Parkinson's disease | TX0008065665 |
| 77 | 10.1016/j.scitotenv.2014.07.071 | Science of The Total Environment | Occurrence, distribution, sources and toxic potential of polycyclic aromatic hydrocarbons (PAHs) in surface soils from the Kumasi Metropolis, Ghana | TX0008103109 |
| 78 | 10.1016/j.yexcr.2015.07.003 | Experimental Cell Research | Expression and subcellular localization of the Qa-SNARE syntaxin17 in human eosinophils | TX0008172566 |
| 79 | 10.1016/j.biortech.2014.12.072 | Bioresource Technology | Biodiesel production from microalgae oil catalyzed by a recombinant lipase | TX0008025794 |
| 80 | 10.1016/j.nanoen.2015.02.024 | Nano Energy | Template-directed construction of nanostructure arrays for highly-efficient energy storage and conversion | TX0008128448 |
| 81 | 10.1016/j.euroecorev.2015.08.004 | European Economic Review | Corporate governance, environmental regulations, and technological change | TX0008294820 |
| 82 | 10.1016/j.iref.2015.06.006 | International Review of Economics & Finance | Do strong corporate governance firms still require political connection, and vice versa? | TX0008195581 |
| 83 | 10.1016/j.frl.2015.02.007 | Finance Research Letters | Does corporate governance influence corporate risk-taking? Evidence from the Institutional Shareholders Services (ISS) | TX0008116399 |
| 84 | 10.1016/j.bioelechem.2015.11.001 | Bioelectrochemistry | Wiring microbial biofilms to the electrode by osmium redox polymer for the performance enhancement of microbial fuel cells | TX0008179320 |
| 85 | 10.1016/j.cej.2015.08.100 | Chemical Engineering Journal | Nitrogen removal in a two-chambered microbial fuel cell: Establishment of a nitrifying–denitrifying microbial community on an intermittent aerated cathode | TX0008222777 |
| 86 | 10.1016/j.econlet.2015.05.006 | Economics Letters | The welfare economics of infectious happiness | TX0008142569 |
| 87 | 10.1016/j.jpowsour.2015.07.103 | Journal of Power Sources | AC power generation from microbial fuel cells | TX0008270964 |

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 88 | 10.1016/j.aca.2015.07.019 | Analytica Chimica Acta | Electrochemical detection in paper-based analytical devices using microwire electrodes | TX0008290050 |
| 89 | 10.1016/j.advengsoft.2015.02.005 | Advances in Engineering Software | Thin crack observation in a reinforced concrete bridge pier test using image processing and analysis | TX0008074030 |
| 90 | 10.1016/j.agwat.2015.06.018 | Agricultural Water Management | Environmental and economic analysis of using SWAT to simulate the effects of switchgrass production on water quality in an impaired watershed | TX0008127056 |
| 91 | 10.1016/j.amc.2015.04.116 | Applied Mathematics and Computation | Long-time behavior of a suspension bridge equations with past history | TX0008129468 |
| 92 | 10.1016/j.aml.2014.10.013 | Applied Mathematics Letters | A mean value algorithm for Toeplitz matrix completion | TX0008017000 |
| 93 | 10.1016/j.anucene.2014.04.033 | Annals of Nuclear Energy | The scenario-based system of workers training to prevent accidents during decommissioning of nuclear facilities | TX0007973081 |
| 94 | 10.1016/j.apcatb.2014.03.025 | Applied Catalysis B: Environmental | Insights into the influence of the Ag loading on Al2O3 in the H2-assisted C3H6-SCR of NOx | TX0007956416 |
| 95 | 10.1016/j.apm.2014.06.022 | Applied Mathematical Modelling | A new mathematical explanation of what triggered the catastrophic torsional mode of the Tacoma Narrows Bridge | TX0008006647 |
| 96 | 10.1016/j.apsusc.2014.09.133 | Applied Surface Science | Effect of the presence of cationic polyacrylamide on the surface properties of aqueous alumina suspension-stability mechanism | TX0008006680 |
| 97 | 10.1016/j.apsusc.2015.07.052 | Applied Surface Science | Optimization of process factors for self-healing vanadium-based conversion coating on AZ31 magnesium alloy | TX0008186059 |
| 98 | 10.1016/j.autcon.2014.02.016 | Automation in Construction | Rapid and automated determination of rusted surface areas of a steel bridge for robotic maintenance systems | TX0007956785 |
| 99 | 10.1016/j.autcon.2014.06.005 | Automation in Construction | A lightweight bridge inspection system using a dual-cable suspension mechanism | TX0008025197 |

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 100 | 10.1016/B978-0-12-411549-1.00016-8 | | Emerging Markets and the Global Economy A Handbook | TX0007878578 |