**Exhibit B – Defendants' Domain Names**

**Sci-Hub Defendants**

- sci-hub.org

**LibGen Defendants**

- libgen.org
- libgen.info
- elibgen.org
- estrorecollege.org
- bookfi.org
- bookfi.net