UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.

Plaintiffs,

v.

WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,

Defendants.

---

Index No. 15-cv-4282 (RWS)

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2017

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 3, 2015, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants Alexandra Elbakyan, Sci-Hub.org, The Library Genesis Project d/b/a libgen.org, Elibgen.org, Libgen.info, Estrorecollege.org, and Bookfi.org by email, with service attempted by postal mail on defendant Alexandra Elbakyan, as provided by this Court's Order, dated June 18, 2015 (Dkt. 15), *and proof of service was therefore filed on* July 1, 2015 (Dkt. 24-30). I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of the defendants are hereby noted.

Dated: New York, New York
February 16, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk