**Exhibit D – Sci-Hub VK Page and Translation**





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSEVIER INC., ELSEVIER B.V., ELSEVIER LTD.

         Plaintiffs,

v.

SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG, ALEXANDRA ELBAKYAN, JOHN DOES 1-99,

         Defendants.

Index No. 15-cv-4282 (RWS)

---

## **DECLARATION OF DAVID LYNESS**

I, David Lyness, declare as follows is true and correct:

1. I am an Account Manager with TransPerfect. My office address is 3 Park Avenue, New York, NY 10016.

2. I have reviewed the Declaration of Anthony Woltermann in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction in the above-titled action (the "Woltermann Declaration") and Exhibit D thereto.

3. I hereby affirm that TransPerfect Legal Solutions employees captured the Russian-language website screenshot on April 29, 2017, and that Exhibit D contains a true and correct copy of the website as it appeared on the day it was captured.

4. I hereby affirm that linguists contracted by TransPerfect Legal Solutions translated the text of the website screenshot referenced above and that, to the best of my

knowledge and belief, the translation provided in Exhibit D to the Woltermann Declaration is a true and correct translation from Russian to English of that text.

I declare under penalty of perjury that the foregoing is true and correct.

Dated May 4, 2017.

_____
David Lyness