```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

ELSEVIER INC., ELSEVIER B.V., ELSEVIER
LTD.,

                    Plaintiffs,
                                              15 Civ. 4282 (RWS)
     - against -
                                                  O R D E R
SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE
LIBRARY GENESIS PROJECT d/b/a LIBGEN.ORG,
ALEXANDRA ELBAKYAN, JOHN DOES 1-99,

                    Defendants.

------------------------------------------X
```

**Sweet, D.J.**

Plaintiffs' Application for an Order to Show Cause for Permanent Injunction and Default Judgment, dated May 16, 2017, will be treated as a motion for default judgment and permanent injunction, and will be heard at 11:00AM on Wednesday, June 21, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

Plaintiffs shall serve copies of this Order on Defendants in accordance with this Court's Order dated June 18, 2015. All motion papers shall be served in accordance with Local Civil Rule 6.1.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/17

It is so ordered.

New York, NY
May 17, 2017

_____
ROBERT W. SWEET
U.S.D.J.